## *United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

DAVID I. ALTMAN

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER:

**00-6284**

**CR - LENARD**

YOU ARE HEREBY COMMANDED to arrest __DAVID I. ALTMAN__

Name

**MAGISTRATE TURNOFF**

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment   | | Information   | | Complaint   | | Order of court   | | Violation Notice   | | Probation Violation Petition

charging him or her with (brief description of offense)
TRANSPORTATION AND DISTRIBUTION OF CHILD PORNOGRAPHY BY COMPUTER, AND POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER

in violation of Title __18__ United States Code, Section(s) __2252A(a)(1), 2252A(a)(2) and 2252A(a)(5)(B)__

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

_[signature]_
Issuing Officer

9/28/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 25,000 ~~OOB~~ Corporate Surety by **BARRY S. SELTZER** / **MAGISTRATE JUDGE**
bond
Name of Judicial Officer

_[signature]_

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest