COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER

| | | | |
|---|---|---|---|
| DEFT: | David Altman (J)# | CASE NO: | 00-6284-CR-Lenard |
| AUSA: | Kathleen Rice *present* | ATTNY: | Sam Smargon |
| AGENT: | | VIOL: | 18:2252 |
| PROCEEDING: | Initial Appearance | BOND REC: | ~~PSB~~ Corp Surety 150,000 -10% |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: APD

BOND SET @ $25,000-10% + $150,000 PSB

CO-SIGNATURES: wife

SPECIAL CONDITIONS:

1) ✓ Do not violate any law.
2) ✓ Appear in court as directed.
3) ✓ Surrender and/or do not obtain passports/travel documents.
4) ✓ Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) ✓ Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) ✓ No contact with victims/witnesses.
9) ✓ No firearms.
10) Curfew:
11) ✓ Travel extended to: SD/FL
12) Halfway House
    Electronic Monitoring

+ Computer removed - no computer in residence
+ no internet at work
+ no unsupervised contact w/ minor except w/ child
  reside at current address, no illegal drugs or excessive alcohol

- Advised of charge
- Sworn for Counsel

Must deposit $250 - into Reg of Ct w/in 90 days.

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| ~~Status~~ Arraign | 12-29-00 | 11:00 AM | BSS ✓ |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | N/A | |
| STATUS CONFERENCE: | | | |
| DATE: 9-29-00 | TIME: 11:00am | TAPE # 00-075 | PG # 6 |

Rec'd in MIA Dkt 10/3/00

1118-1250
Recalled
1585-1860 - 4:00