

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-CR-Lenard

UNITED STATES OF AMERICA

vs

David Altman

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  9-29-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/xxxxxxned counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __See Bond__

Telephone: _____

DEFENSE COUNSEL:   Name: __FPD__

Address: _____

Telephone: _____

BOND SET/xxxxxxUED:  $ __25,000-10 % & 150,000 PSB__

Bond hearing held: yes __X__  no ___  Bond hearing set for _____

Dated this __29__ day of __September__, 20__00__.

CLARENCE MADDOX, CLERK OF THE COURT,

By: ___[signature]___
Deputy Clerk

Tape No. __00-075__

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

Rec'd in MIA Dkt __10/3/00__