# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA          *511259*

UNITED STATES OF AMERICA

V.

## WARRANT FOR ARREST

DAVID I. ALTMAN

CASE NUMBER:

**00-6284 1**

**CR-LENARD**

TO:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    DAVID I. ALTMAN

Name    **MAGISTRATE TURNOFF**

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  |  | Information  |  | Complaint  |  | Order of court  |  | Violation Notice  |  | Probation Violation Petition

charging him or her with (brief description of offense)
TRANSPORTATION AND DISTRIBUTION OF CHILD PORNOGRAPHY BY COMPUTER, AND POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER

in violation of Title **18** United States Code, Section(s) ___ 2252A(a)(1), 2252A(a)(2) and 2252A(a)(5)(B) ___

**Clarence Maddox**
Name of Issuing Officer

Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

9/28/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ __25,000 ~~OOB~~ Corporate Surety by __ BARRY S. SELTZER
bond                                    MAGISTRATE JUDGE
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

**Ft. Lauderdale, FL**

| DATE RECEIVED<br>9/28/00 | NAME AND TITLE OF ARRESTING OFFICER<br>**James A. Tassone**<br>**United States Marshal**<br>**Southern District of Florida** | SIGNATURE OF ARRESTING OFFICER<br>**Edward Purchase, SDUSM** |
|---|---|---|
| DATE OF ARREST<br>9/29/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

