UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-CR-LENARD/TURNOFF

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**ORDER SETTING CALENDAR
CALL AND TRIAL DATE**

DAVID I. ALTMAN,

        Defendant(s).

_____/

    THIS CAUSE is set for **jury trial** for **the two-week trial calendar commencing** on **NOVEMBER 27, 2000**. **Calendar Call will be held on NOVEMBER 17, 2000** at **3:00 P.M.**. At the calendar call, the Court will assign each case a number for trial. All cases will remain on the calendar until tried or until counsel receive further notice from the Court. Additionally, counsel shall make all motions for continuance in writing. Except the calendar call, **the Defendant is directed to attend all hearings/conferences.**

    IT IS FURTHER ORDERED AND ADJUDGED that the parties shall provide the Court with the following:

    1.  All counsel are instructed to submit, in writing any special voir dire questions five (5) days prior to the first day of trial.

    2.  Not later than five (5) days prior to the first day of trial, the parties will file with the Court memoranda required to address any unique issues of law or evidence which are anticipated to arise at trial.

3. In each case tried before a jury, each party shall file a copy of proposed voir dire questions and proposed jury instructions within three (3) days before commencement of trial. On the first day of trial, counsel shall provide the Court with a WordPerfect-compatible disk incorporating the proposed jury instructions and verdict form(s).

4. All exhibits must be pre-marked. Also, the parties shall submit a typewritten list, setting forth the numbers and description of each exhibit, within three (3) days before trial.

Absent further order of the Court, all pretrial motions will be filed in accordance with the Standing Order on Discovery (within 28 days of arraignment).

DONE AND ORDERED in Chambers at Miami, Florida this __17__ day of October 2000.

                                                    JOAN A. LENARD
                                                  UNITED STATES DISTRICT JUDGE

cc:  Kathleen Rice, AUSA
     Robert Berube, AFPD
     U.S. Pretrial Services (Mia)