00 NOV 16 PM 3: 40

CL... ...DOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-CR-LENARD/SELTZER

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

DAVID ALTMAN,    :

    Defendant.    :
_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

The Defendant, David Altman, through counsel, files this Unopposed Motion to Continue Trial and states:

1. The trial of this matter is scheduled for the calendar commencing Monday, November 27, 2000. Undersigned counsel has spoken with Assistant United States Attorney Kathleen Rice regarding this request. The Government does not object to the Defendant's request that the case be continued. Undersigned counsel has the Defendant's permission to request this trial continuance. Mr. Altman is on bond and abiding by all the terms and conditions thereof.

2. The continuance is required so that additional discovery may be obtained. Undersigned counsel is also attempting to acquire psychiatric records which may assist in resolving this matter.

WHEREFORE; The Defendant, through counsel, files this Unopposed Motion for Continuance of Trial. The Defendant respectfully requests a trial date late in January 2001 if possible.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the aforementioned motion was mailed on this 16th day of November, 2000, to Kathleen Rice, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube

R:\Miami\altman.continuance.wpd

2