CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE  Joan A. Lenard

FILED by AWD
NOV 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

================================================================

CASE NO. 00-6284-CR        DATE 11/17/00

CLERK  Lisa M. Shelnut      REPORTER Richard Kaufman

USPO _____   INTERPRETER _____

UNITED STATES OF AMERICA vs. Altman

AUSA Troy Ferguson          DEFENSE CSL. Don Mixon

Defendant(s) Present____ Not Present____ In Custody____

TYPE OF HEARING  Calendar Call

RESULT OF HEARING  Unopposed m/cont. - granted

================================================================

NEW DATES SET BY COURT
Defense P/T/Motions _____  Trial Date 1/16/01  CC: 1/11/01

Govt. Resp to P/T/Motions _____  Further S/C _____

Change of Plea _____

[✓] The Court finds that the time between now and the time of
    trial, to wit: _____ thru _____ to be excludable
    pursuant to the Speedy Trial Act.