# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

FILED by _____ D.C.
DEC 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

DEFT: DAVID ALTMAN (B)  
AUSA: KATHLEEN RICE / Kaplan  
AGENT:  
PROCEEDING: PARTIAL INDIGENCE STATUS  
BOND HEARING HELD - yes / no  
BOND SET @:  

CASE NO: 00-6284-CR-LENARD  
ATTY: FPD - Tim Day for Finkle  
VIOL:  
RECOMMENDED BOND:  
COUNSEL APPOINTED:  
To be cosigned by:  

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Deft requested more time
Re-set for 1-16

NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE:
INQUIRY RE COUNSEL:  
PTD/BOND HEARING:  
PRELIM/ARRAIGN. OR REMOVAL:  
STATUS CONFERENCE: on indigency Order  1-16  11  BSS  

DATE: 12-27-00    TIME: 11:00    FTL/LSS TAPE # 00 - 101    Begin: 1209    End: 1267

