UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                  **ORDER GRANTING MOTION FOR CONTINUANCE AND RESETTING TRIAL DATE**

DAVID ALTMAN,

    Defendant(s).
_____/

    THIS CAUSE came before the Court for Calendar Call on November 17, 2000 and on the Unopposed Motion for Continuance. . After being fully advised in the premises, it is

    ORDERED and ADJUDGED that the motion is GRANTED. The Court finds that the ends of justice served by granting the continuance outweighs any interest of the public or the Defendant(s) in a speedy trial, based on the continuity of counsel and the reasonable time needed for counsel to prepare with due diligence for trial. It is further

    ORDERED AND ADJUDGED that the trial of this cause will commence during the two-week trial period beginning JANUARY 16, 2001. Calendar Call will be held at 2:30 p.m. on JANUARY 11, 2001. Except the calendar call, **the Defendant is directed to attend all hearings/conferences unless otherwise excused by the Court.**

    THE COURT FURTHER FINDS that the period of delay resulting from the granting of this continuance, to-wit: November 17, 2000, to and including the date trial commences shall be

deemed excludable time under the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

IT IS FURTHER ORDERED AND ADJUDGED that the parties shall provide the Court with the following:

1. In each case tried before a jury, each party shall file proposed voir dire questions, proposed jury instructions and proposed verdict form(s) three (3) days before commencement of trial. On the first day of trial, counsel shall provide the Court with a WordPerfect-compatible disk incorporating the proposed jury instructions and verdict form(s).

2. All exhibits must be pre-marked. On the first day of trial all parties shall submit a typewritten exhibit list setting forth the numbers and description of each exhibit.

DONE and ORDERED in Chambers at Miami, Florida this 28 day of December 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:   Kathleen Rice, AUSA
      Robert Berube, AFPD
      U.S. Pretrial Services