UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. __00-6284-CR__

VS.

David I Altman,                           CHANGE OF PLEA

On __1/18/01__ the above named defendant appeared in person before the Honorable Joan A. Lenard, United States District Judge, with __Robert Baruke__, counsel appointed by the Court/~~retained by the defendant~~, and said defendant stated in open court that __he__ desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) __1__, of the Indictment/~~Information~~.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( )  The Court proceeded to pronounce sentence. (See J&C)

(X)  The Court postponed sentencing until __March 29, 2001 at 3:00pm__

( )  The defendant being allowed to remain on bond until sentencing.
( )  The defendant being remanded to the custody of the U. S. Marshal Service until a _____ bond in the amount of $_____ is approved and posted.
( )  The defendant being remanded to the custody of the U. S. Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) __Remaining__ would be dismissed on the government's motion at sentencing.

Judge __Joan A. Lenard__
Reporter __Richard Kaufman__
Courtroom Deputy __Lisa M. Shelnut__

FILED by __ D.C.
JAN 18 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI