UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. 00-6284-CR

vs.

David Altman  /                    NOTICE OF SENTENCING DATE

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

   By direction of the Honorable **JOAN A. LENARD**, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **March 29**, 2001, at **3:00** P.M. for imposition of sentence. On that date, report to the U.S. District Courthouse, Courtroom 7, 301 North Miami Avenue, Miami, FL 33128-7788, where sentence will be imposed. You will receive no further notice.

   If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec.3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

   IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION TO ROOM 315 OF THE OLD COURTHOUSE. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

   IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution of the Presentence Report.

                                        Clarence G. Maddox, II, Clerk of Court

                                        BY: _____
                                              Courtroom Deputy Clerk

DATE: 1/18/01
COUNSEL: Robert Berube, AFPD
RECEIVED: _____
            (Defendant)

GUILTY PLEA   ✓    BOND              ✓    TO COUNT(S) 1
TRIAL              FEDERAL CUSTODY        OF TOTAL COUNTS
NOLO PLEA          STATE CUSTODY          ASST. U.S.ATTY Kathleen Rice
                   U.S.M. CUSTODY

Copies to:  United States Attorney       United States Marshal
            Probation Department         Pre-Trial Services
            Defense Counsel              Defendant