COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: David Altman (B)  CASE NO: 00-6284-CR-Leonard
AUSA: Kathleen Rice / Bruce Brown  ATTNY: FPD Farnsworth for Berube
AGENT: ___  VIOL: ___
PROCEEDING: Status re partial indigence  BOND REC: ___
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: ___
___ BOND SET @ ___

FILED by INTAKE D.C.
JAN 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___ Electronic Monitoring

Δ - not present but said he would pay today

F.P.D. to follow up + contact Ct.

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 1-22-01  TIME: 11:00am  TAPE # 01-002  PG # 1
ends 12:40 pm  1-59

23