UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-LENARD/SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ALTMAN,

    Defendant.

_____/

### DEFENDANT'S MOTION TO ENLARGE TIME TO CONDUCT SENTENCING

    The Defendant, David Altman, through counsel, files this Motion to Enlarge the Time to Conduct the Sentencing, and states;

    The sentencing in this matter is presently scheduled to be held on Thursday, March 29, 2001 at 3:00 p.m. The Defendant will be submitting a Motion for Downward Departure based upon a reduced mental capacity. This Motion will be supported by the testimony of Dr. Ross Seligson Ph.D., P.A.

    Undersigned counsel requests that approximately one and a half hours be set aside for the testimony and cross examination of Dr. Seligson.

    Additionally, other objections to the Presentence Investigation Report may be argued.

    Undersigned counsel has spoken with Assistant United States Attorney Kathleen Rice regarding this request. The Government has no objection to the enlargement of time.



WHEREFORE, the Defendant, David Altman, through counsel, requests that one and a half hours be set aside for consideration of all the issues pertinent to the sentencing of Defendant David Altman.

                                                  Respectfully submitted,

                                                  KATHLEEN M. WILLIAMS
                                                  FEDERAL PUBLIC DEFENDER

By: _____
      Robert N. Berube
       Supervisory Assistant
      Federal Public Defender
      Florida Bar No. 304247
      Attorney for Defendant
      101 N.E. 3rd Avenue, Suite 202
      Fort Lauderdale, Florida 33301
      (954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 7th day of March, 2000, to Kathleen Rice, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube