UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID ALTMAN,

    Defendant.
_____/

## ORDER GRANTING MOTION TO ENLARGE TIME TO CONDUCT SENTENCING

THIS CAUSE having come before this Court on the Defendant's Motion to Enlarge Time to Conduct Sentencing and the Court being fully advised of the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Sentencing in this matter is rescheduled for April 20, 2001 at 2:30 p.m. (1.5 hours has been set aside).

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami-Dade County, Florida this 20 day of March 2001.

                              JOAN A. LENARD
                              UNITED STATES DISTRICT JUDGE

copies furnished to:
Kathleen Rice, AUSA
Robert Berube, AFPD