UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-CR-LENARD
Magistrate Judge Seltzer



UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ALTMAN,

    Defendant.

_____/

### DEFENDANT ALTMAN'S UNOPPOSED MOTION TO WITHDRAW REQUEST FOR ADDITIONAL TIME

The Defendant, David Altman, through counsel, files this Motion to Withdraw the Request for Additional Time, and states:

Prior to the filing of the Motion For Additional Time, undersigned counsel anticipated presenting expert testimony to the Court. After careful review of all the discovery provided in this case, undersigned counsel has determined not to present expert testimony at the sentencing hearing.

At the time the Motion for Additional Time was filed, it was anticipated that expert testimony would assist the Court in the resolution of this matter.

Undersigned counsel apologizes for any inconvenience that may have resulted. The Motion For Additional Time was filed in good faith and not to cause undue delay.

This Motion was discussed with Assistant United States Attorney Kathleen Rice, who indicated that she does not have any objection.

WHEREFORE, the Defendant, David Altman, through counsel, notifies the Court that additional time will not be necessary to resolve the sentencing.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *Jacqueline S Shapiro*
  /s/ Robert N. Berube
  Supervisory Assistant
  Federal Public Defender
  Florida Bar No. 304247
  Attorney for Defendant
  101 N.E. 3rd Avenue, Suite 202
  Fort Lauderdale, Florida 33301
  (954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 30th day of March, 2001, to Kathleen Rice, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*Jacqueline S Shapiro*
/s/ Robert N. Berube