UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-CR-LENARD
Magistrate Judge SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ALTMAN,

    Defendant.

_____/



## DEFENDANT DAVID ALTMAN'S UNOPPOSED
## MOTION TO TRAVEL

The Defendant, David Altman, through counsel, files this Motion to Travel and states;

The Defendant would like to travel to Walt Disney World, Orlando, Florida, leaving on the morning of Friday, April 13, 2001. He would be driving with his wife and son. If permission is granted for this trip, they would be staying at The Sun Florida Inn, located at 4643 West Highway 192, Kissimmee, Florida. The telephone number for this Resort is (407) 396-1340. The Defendant and his family will be returning to their home on Sunday, April 15, 2001.

The Defendant apologizes for the short notice in making this request. Undersigned counsel called Assistant United States Attorney Kathleen Rice regarding the Defendant's Motion. She has no objection to this motion.

WHEREFORE; The Defendant, David Altman, requests the motion to travel be granted.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
One East Broward Blvd., Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 12th day of April, 2001, to Kathleen Rice, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube