UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-CR-LENARD
Magistrate Judge SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ALTMAN,

    Defendant.

_____/

FILED by _____ D.C.
APR 12 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING
## DEFENDANT DAVID ALTMAN'S UNOPPOSED MOTION TO TRAVEL

THIS CAUSE having come before the Court on Defendant's Motion to Travel and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's Motion to Travel to Kissimmee, Florida is hereby GRANTED. The defendant will travel by automobile on Friday, April 13, 2001 to Kissimmee, Florida and return on Sunday, April 15, 2001. *Defendant must provide travel arrangements to Pre-Trial Services.*

DONE AND ORDERED at Miami, Florida, this _12_ day of April, 2001.

                                        JOAN A. LENARD
                                      UNITED STATES DISTRICT JUDGE

cc:    Robert Berube, AFPD
        Kathleen Rice, AUSA

APR 17 2001
Rec'd in MIA Dkt _____