SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by AMW D.C.
APR 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE # 00-6284-

DEFENDANT David Altman           JUDGE JOAN A. LENARD
Deputy Clerk Lisa M. Shelnut     DATE 4/20/01
Court Reporter Richard Kaufman   USPO Frank Smith
AUSA Kathleen Rice               Deft's Counsel Robert Berube

COUNTS DISMISSED 2-5

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited
____ Sentencing cont'd until _____ at _____ AM/PM

Criminal History II    Offense Level 27    Imprisonment 78-97

Probation ____    Supervised Release 2-3y    Fine $12500 to $125,000

## JUDGMENT AND SENTENCE

Imprisonment    Years    Months    Counts
                          87        1

Supervised Release 3y    Special Conditions Mental health treatment; no unsupervised contact with anyone under 18 including his minor child; no part. in youth organ.

Probation    Years    Months    Counts

Comments Sex Offender treatment; not buy/sell (see conditions for sex offender)

Assessment $ 100.00    Fine $ 0
Restitution/Other _____

## CUSTODY

____ Remanded to the Custody of the U.S. Marshal Service    ____ Release on bond pending appeal
✓ Voluntary Surrender to (designated institution or U.S. Marshal Service) on 60 days - desig.
Commitment Recommendation: be evaluated @ Butner or Springfield for determination of psychiatric treatment if appropriate FL or as close to FL as possible.

30/BR