UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
        Plaintiff, )
) Case No. 00-6284-CR-JAL
v. )
) MOTION FOR DISBURSEMENT OF BOND
David I. Altman )
        Defendant )
)

FILED by __ D.C.
JUL 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. - MIAMI

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by **Trudy A. Wasserberg** in the amount of $ **2500.00** plus any accrued interest be refunded to:

**Trudy A. Wasserberg 1320 SW 85th Terrace Pembroke Pines Florida 33025**
(Payee and Mailing Address for Check)(Notarized assignment required if payee different from person posting bond.)

(The above payee must complete the attached Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must request from the Financial Section and complete Form W-8.)

X _Trudy A Wasserberg_
(Petitioner or ~~Attorney~~)

Consented to by:

_____, Assistant U.S. Attorney

ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at _Miami_, Florida, this _23_ day of _July_, 20_01_.

_____
UNITED STATES DISTRICT JUDGE

c:   U.S. Attorney
     Petitioner/Counsel of Record
     Financial Deputy Clerk (w/original W-8 or W-9)