Wednesday, July 24, 2002

United States District Court
Southern District Of Florida
Miami Division
**ATTN:** Clerk Of The Court
301 N. Miami Ave.
Miami, FL 33152

00-6284-CR-Lenard

Dear Sir:

    I am enclosing a Certificate of Service for the previously filed Answer to the Government's Response to my §2255 Arguments. I was not aware of the requirement to mail the Prosecutor a true copy of this document, and have now done so, as indicated by the Certificate of Service. This Certificate of Service is for the records of the Court, to show that I have complied with this requirement.
    Thank you.

               Respectfully,


                David I. Altman, Pro Se  55477-004  Durham-B
                Low Security Correctional Institution
                P.O. Box 999
                Butner, NC 27509-0999

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the enclosed Answer has been mailed to:

>Kathleen Rice
>Assistant U.S. Attorney
>500 E. Broward Blvd.
>Ft. Lauderdale, FL 33394

on this __24__ day of __July_____, 2002

BY: _____
    David I. Altman, Pro Se