IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

David I. Altman,                )
   Petitioner,                 )
                           )
v.                              )   Case #: 03-60601-CIV
                           )
UNITED STATES OF AMERICA,       )
   Respondent.                 )
_____/

### Motion For Return Of Property Pursuant To F.R.C.P. Rule 41(e)

COMES NOW the Petitioner, David I. Altman, PRO SE, before this Honorable Court Moving for a return of property pursuant to **Federal Rules of Criminal Procedure, Rule 41(e)**, and that the Court issue an Order requiring the Government (Specifically, the Miami, FL Office of the Federal Bureau of Investigation) to return to him certain items of property that were seized from his residence at 1828 S.W. 85th Ave., in Pembroke Pines, Florida. An Attached list of the property seized is attached hereto as Exhibit "A." The Petitioner is entitled to the lawful possession of this property, but it has not yet been returned to him by the FBI.

In general, the property sought to be returned includes various computer disks (ZIP disks, 5¼" disks, 3½" disks and CD-Rom disks) which were seized from the Petitioner's computer room, but which have nothing at all to do with his crime of conviction. These disks contain information such as commercially available software programs, including Microsoft Office 2000, personal files such as resumes, and True-Type Fonts and other windows drivers and support files.

I respectfully pray that this Honorable Court will enter an order requiring the immediate return of these items, by U.S. Mail, Ground UPS or best service available to his Attorney-in-Fact, Laurinda Lee Brown, at 918 W. Lakeside #14, Corpus Christi, TX 78418, since I am presently incarcerated at the Federal Correctional Institution in Butner, North Carolina.

Submitted this 9 day of April, 2003.

Respectfully Submitted,

*[signature]*

David I. Altman, PRO SE
Reg. No. 55477-004 Durham-B
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509-0999

FD-302 (Rev. 10-6-95)

Exhibit "A" 1 of 2

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  6/6/00

On 6/6/2000, a search warrant signed by the Honorable Barry S. Seltzer, United States Magistrate Judge, United States District Court, Southern District of Florida, was executed at 1320 SW 85th Terrace, Pembroke Pines, Florida, 33025.

Present for the search were:

Broward Sheriffs Deputy Robert DeYoung, Fort Lauderdale Police Department Detective Richard Love, and Miami Dade Police Department Detective Douglas Mew.

Federal Bureau of Investigation Special Agents Sandra S. Farrow, Terri Patterson, and Deborah J. Cool (affiant).

The search commenced at approximately 6:40 a.m. The following items were seized from the residence:

From computer room table
    Item 1: IBM clone cpu -no identifiers
    Item 2: one (1) Iomega JAZ drive with power cord
    Item 3: one (1) Memorex CDR - 74 min.
    Item 4: one (1) Western Digital hard drive - model wm681
    Item 5: thirty (30) diskettes in small container - beige
    Item 6: seventy- five (75) diskettes in medium container - clear
    Item 7: sixty-eight (68) diskettes in medium container - clear
    Item 8: four hundred seventy-seven (477) diskettes (3 bags of 50 each, 1 jaz box w/327)

From computer room closet
    Item 9: eighty-six diskettes in medium box - beige
    Item 10: one caviar 280 hard drive - model WDAC280-50 p/n 99-004080-00

From computer room credenza
    Item 11: eighty- four (84) video tapes

From computer room closet

---

Investigation on  6/6/00  at  Pembroke Pines, Fl.

File #  305A-BA-80998-E4962-MM         Date dictated  6/6/00

by  SA Deborah J. Cool

158d1c01.302

00337

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

305A-BA-80808-F4962-...

FD-302a (Rev. 10-6-95)

305A-BA-80998-E4962-MM

Continuation of FD-302 of _____   Pembroke Pines, FL   , On 6/6/00   , Page 2

    Item 12: one (1) book " The Last Days of Summer" by Jack Sturges

From master bedroom closet (#1) by bed
    Item 13: thirty-five (35) video tapes and twenty (20) books

From master bedroom closet (#2)
    Item 14: twenty-eight (28) video tapes

From living room
    Item 15: eleven (11) video tapes

    All items seized were recorded on a FD-597 (Receipt of Property Received/Returned/Released/Seized). Copies of the search warrant and the completed and signed FD-597 were left with David Altman and Trudy Altman (nee Wasserberg) at 1320 SW 85th Terrace, Pembroke Pines, Florida, 33025.

    The search was completed and the scene cleared at approximately 8:14 p.m.

    All seized items were transported to the Miami FBI Office for storage and analysis.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion For Return Of Property Pursuant To F.R.C.P. Rule 41(e) has been mailed, with first-class postage pre-paid affixed thereto, to the following addresses:

U.S. District Court  
301 N. Miami Ave.  
Miami, FL 33152

U.S. District Attorney  
Kathleen Rice  
500 E. Broward Blvd.  
Ft. Lauderdale, FL 33394

On this 9 day of April, 2003.

By: David I. Altman, PRO SE  
Reg. No. 55477-004  Durham-B  
Low Security Correctional Institution  
P.O. Box 999  
Butner, NC 27509-0999