United States District Court  
301 N. Miami Ave.  
Miami, FL 33152

April 9, 2004

Dear Clerk of the Court:

    I submitted to this Court a Motion for the Production of Property, which was granted by the Judge. I was informed that it would take approximately six months for the Federal Bureau of Investigation to sort through everything and produce the property which was not intrinsically illegal nor containing anything illegal. I have not heard anything from either the Court or the FBI since the granting of that Motion.

    Please inform me of the progress or status of this process as soon as possible. I am also requesting that the FBI submit, when complete, to me a list of all items which are being forwarded to my Power of Attorney and which items are not, so that if I have an objections, I can then make them.

    Thank you in advance for your assistance in this matter.

                      Sincerely,

                        David I. Altman  
                        Reg. No. 55477-004   Durham-B  
                        Low Security Correctional Institution  
                        P.O. Box 999  
                        Butner, NC 27509-0999