

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-CR-LENARD/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID I. ALTMAN,

    Defendant(s).
_____/

### ORDER OF REFERENCE OF A MOTION TO COMPEL TO MAGISTRATE JUDGE ANDREA M. SIMONTON

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **Andrea M. Simonton** to take all necessary and proper action as required by law with respect to **a Motion to Compel, filed April 22, 2004 and motions and papers relating thereto.**

Pursuant to this referral order, it is also

**ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge assigned to the case on all motions and related papers referred by this order. After receipt of such motion or other related paper, chambers will forward the motion or paper to the chambers of the appropriate Magistrate Judge.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami- Dade County, Florida this _28_ day of April 2004.

                                                                        _____
                                                                               **JOAN A. LENARD**
                                                            **UNITED STATES DISTRICT JUDGE**

cc:    U.S. Magistrate Judge Andrea M. Simonton
        David I. Altman, Pro Se
        Reg. No. 55477-004 Durham-B
        Low Security Correctional Institution
        P.O. Box 999
        Butner, NC 27509-0999