UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-CR-LENARD/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID I. ALTMAN,

    Defendant.
_____/



### ORDER DIRECTING GOVERNMENT TO RESPOND

Presently pending before this Court is Defendant Altman's Motion to Compel the government to comply with the Court's prior Order, which granted the Defendant's Motion for Return of Property (DE #40). This Motion has been referred to the undersigned Magistrate Judge by the Honorable Joan A. Lenard, United States District Judge.

Based upon a review of the record in this case, and in the companion civil case, No. 03-60967-Civ-Lenard, it is hereby

**ORDERED** that the Government shall respond to the Motion on or before May 15, 2004.

**DONE AND ORDERED** in Miami, Florida, this 30th day of April, 2004.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Joan A. Lenard
   United States District Judge
AUSA Neil Karadbil, Esq.
   Facsimile #954-356-7336

David I. Altman, Pro Se
Reg. No. 55477-004 Durham-B
Low Security Correctional Institution
P. O. Box 999
Butner, NC 27509-0999

