UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-CR-LENARD/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID I. ALTMAN,

    Defendant.
_____/

## ORDER DIRECTING THE GOVERNMENT TO COMPLY WITH DISTRICT COURT'S ORDER

Presently pending before this Court is Defendant Altman's Motion to Compel the government to comply with the Court's prior Order, which granted the Defendant's Motion for Return of Property (DE # 40). This Motion is referred to the undersigned Magistrate Judge (DE # 41).

On July 14, 2003, the District Court granted Defendant Altman's motion for the Government to return to him computer disks, seized by the FBI during a search of Altman's home, and which are unrelated to his crime. The Court noted that the Government requested six months to comply with Altman's request, and ordered the Government to return within six months from the date of the order (by January 14, 2004), any computer disk or other property which does not contain visual depictions of child pornography or other information relating to the collection of child pornography (DE # 39). Defendant Altman subsequently filed a motion to compel the Government to comply with the District Court's Order (DE # 40). On April 30, 2004, the undersigned ordered the Government to respond to Defendant Altman's motion on or before May 15, 2004 (DE # 42). According to the notification information maintained by the Clerk of the Court, on

May 3, 2004 at 5:40 p.m., this Order was transmitted by facsimile to the United States Attorney's office. The government has not yet filed the ordered response.

Therefore, based upon the Government's lack of response to Altman's motion and to the Court's Order that it file a response, it is hereby

**ORDERED** that on or before July 16, 2004, the Government shall comply with the District Court's Order dated July 14, 2003, and return to Defendant Altman any computer disk or other property which does not contain visual depictions of child pornography or other information relating to the collection of child pornography.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of July, 2004.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Joan A. Lenard
   United States District Judge
AUSA Neil Karadbil, Esq.
   Facsimile #954-356-7336
David I. Altman, Pro Se
   Low Security Correctional Institution
   Reg. No. 55477-004 Durham-B
   P.O. Box 999
   Butner, NC 27509-0999