nk/nk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-CR-LENARD/SIMONTON

**NIGHT BOX
FILED**

JUL 13 2004

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

DAVID ISRAEL ALTMAN,

       Petitioner,

V.

UNITED STATES OF AMERICA,

       Respondent

---

## GOVERNMENT'S RESPONSE TO COURT'S ORDER TO COMPLY WITH ORDER TO RETURN PROPERTY

Comes Now the Government, by and through the undersigned Assistant United States Attorney, and hereby responds to this Court's Order to Comply With Order to Return Property, and in support thereof, states the following:

David Altman filed a pro se Motion For Return of Property regarding computer disks that were seized from his residence located at 1828 SW 85th Avenue, Pembroke Pines, Florida. Altman asked that the seized property be returned to his "Attorney-in-Fact", Laurinda Lee Brown in Corpus Christie, Texas. The government did not oppose the motion as it respected property that did not contain contraband, that is, visual depictions of adult or child pornography or information relating to the collection of said depictions.



On June 6, 2000 agents of the FBI executed a lawfully obtained search warrant, authorized by United States Magistrate Judge Barry S. Seltzer, at 1828 SW 85th Avenue, Pembroke Pines, Florida. This warrant was sought and issued in connection with a child pornography investigation. The government seized numerous computer disks and diskettes, a number of which formed the basis for the petitioner's indictment and conviction. In all, over 80,000 images were found. Due to the volume of materials and the location of a substantial number of child pornographic images, the FBI did not originally examine each of the items seized. On April 25, 2001, the petitioner, after a plea of guilty, was sentenced to 87 months imprisonment and a term of 3 years supervised release. The Court in its Judgment and Commitment has made it a special condition of supervised release that he "shall not buy, sell, exchange, possess, trade or produce visual depictions of minors or adults engaged in sexually explicit conduct."

The government requested a period of time for the FBI to review each of the computer disks and diskettes in order to ensure that they do not contain prohibited materials. According to Special Agent Deborah Cool, the case agent in the instant case, the FBI computer department has now reviewed the hundreds of computer disks and diskettes to ensure that they do not contain prohibited materials. The attached report details the results of that review which disclosed that the overwhelming number of disks did contain adult and child pornography or were unreadable. In order for the FBI to return documented evidence it must be signed for. Therefore, the materials that do not contain contraband will be sent to the FBI field office in Corpus Christie where the disks may be picked up and signed for by the defendant's "Attorney-in-Fact", Laurinda Lee Brown. The contact agent is SA Megan Beckett, 800 North Shoreline, Suite 1100, North Tower, Corpus Christie, Texas 78401.Her phone number is 361-883-8671.

Wherefore, the Government complies with the Court's Order and returns property as it respects disks and diskettes that do not contain contraband.

Respectfully submitted,
MARCOS DANIEL JIMENEZ

By:

NEIL KARADBIL
Assistant United States Attorney
Florida Bar No. 219381
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33401
Tel.No. (954)-356-7254
Fax No. (954)-356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 12th day of July, 2004 to: David Israel Altman, Register Number 55477-004, Durham B, Low Security Correctional Institutional, PO Box 999, Butner North Carolina 27509-0999

NEIL KARADBIL
Assistant United States Attorney

3

3.5" & 5.25" Floppy Disks have been reviewed and the following report signifies results of review:

305A-BA-80998-E4964-MM

737 - 3.5" & 5.25" FLOPPY DISKS REVIEWED

THE FOLLOWING WAS DETERMINED:

| CHILD PORN | ADULT PORN | UNREADABLE (LABEL INDICATES POSSIBLE CHILD PORN BACKUP) |
|---|---|---|
| DISK # | DISK #: | DISK #: |
| 1 | 15 | 229 |
| 2 | 17 | 245 |
| 13 | 230 | 252 |
| 16 | 231 | 253 |
| 242 | 232 | 271 |
| 278 | 233 | 377 |
| 293 | 257 | 381 |
| 339 | 267 | 382 |
| 363 | 277 | 450 |
| 364 | 322 | 451 |
| 365 | 358 | 471 |
| 366 | 359 | 490 |
| 372 | 468 | 506 |
| 373 | 477 | 648 |
| 374 | 514 | |
| 376 | 619 | |
| 410 | 620 | |
| 412 | 622 | |
| 422 | 623 | |
| 469 | 624 | |
| 470 | 626 | |
| 487 | 644 | |
| 501 | 690 | |
| 550 | 691 | |
| 563 | 692 | |
| 594 | | |

UNREADABLE

DISK #:

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | 119 | 160 | 254 | 295 | 309 | 396 |
| 475 | 503 | | | | | |
| 42 | 120 | 163 | 256 | 296 | 310 | 397 |
| 478 | 504 | | | | | |
| 88 | 121 | 169 | 262 | 297 | 311 | 398 |
| 479 | 507 | | | | | |
| 92 | 123 | 172 | 263 | 299 | 312 | 413 |
| 484 | 509 | | | | | |
| 110 | 138 | 175 | 265 | 300 | 313 | 414 |
| 485 | 512 | | | | | |
| 111 | 145 | 193 | 268 | 301 | 346 | 426 |
| 491 | 513 | | | | | |
| 112 | 151 | 209 | 269 | 302 | 375 | 456 |
| 497 | 521 | | | | | |
| 113 | 152 | 240 | 276 | 303 | 380 | 461 |
| 499 | 523 | | | | | |
| 114 | 153 | 241 | 291 | 306 | 383 | 467 |
| 500 | 527 | | | | | |
| 115 | 158 | 249 | 294 | 308 | 395 | 474 |
| 502 | 537 | | | | | |

| | | |
|---|---|---|
| 544 | 586 | 618 |
| 556 | 589 | 625 |
| 557 | 598 | 627 |
| 564 | 607 | 642 |
| 569 | 608 | 643 |
| 570 | 609 | 646 |
| 578 | 610 | 649 |
| 579 | 613 | 650 |
| 582 | 615 | 651 |
| 583 | 616 | |

5.25" UNREADABLE

652 – 674
693
694
697
698
717
726

Recommendation would be to return only original disks which were readable and determined not to contain child pornography; adult pornography and intellectual property rights (copyright) violations.

Original request did not include a review of subject's hard drive and will be addressed at the earliest possible time. (possibly NEXT TWO WEEKS TO ONE MONTH)



# FBI
# Disk Processing Checklist

Examination by: SA Vicente M. Rosado          File #: 305A-BA-80998-F4964-MM

| # | Type | Copied | TITLED Comment |
|---|------|--------|----------------|
| 1 | 3.5 | CHILD PORN | RIPPED LABEL |
| 2 | 3.5 | CP | UTILITY FOR AWARD BIOS |
| 3 | 3.5 | OK | MS WORD FOR WIN'95  DISK 9 |
| 4 | 3.5 | OK | "  DISK 8 |
| 5 | 3.5 | OK | "  DISK 7 |
| 6 | 3.5 |  | "  DISK 6 |
| 7 | 3.5 |  | "  DISK 5 |
| 8 | 3.5 |  | "  DISK 4 |
| 9 | 3.5 |  | "  DISK 3 |
| 10 | 3.5 |  | "  DISK 2 |
| 11 | 3.5 |  | PVI - 486SP3 / SUPPORTING DISKETTE |
| 12 | 35 |  | NETWARE |
| 13 | 3.5 | CP | BTC CD-ROM DRIVER |
| 14 | 3.5 | BLANK | PSI INTERRAMP |
| 15 | 3.5 | AP | SCHWAB / STREET SMART  DISK 5 |
| 16 | 3.5 | CP | "  DISK 6 |
| 17 | 3.5 | AP/IPR | ACCESS 2.0  DISK 7 |
| 18 | 3.5 | BLANK | "  DISK 8 |
| 19 | 3.5 | IPR | MS WORD FOR WIN V6.0  DISK 6 |
| 20 | 3.5 | IPR | "  DISK 5 |
| 21 | 3.5 | IPR | DISK 4 |
| 22 | 3.5 | IPR | DISK 3 |
| 23 | 3.5 | IPR | DISK 2 |
| 24 | 3.5 | IPR | CONNER HD DRIVER |
| # | Type | Copied | Comment |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 25 | 1.5DD | IPR | CONNER HD INSTALL |
| 26 | 3.5 | IPR | PAINTSHOP PRO V4.21   DISK1 |
| 27 | 3.5 | IPR | MS WIN/WORKGROUPS V3.11 |
| 28 | 3.5 | IPR | CHINESE CHESS |
| 29 | 3.5 | IPR | MS DOS 4.01 |
| 30 | 3.5 | BLANK | WEB STUFF |
| 31 | 3.5 | STARTREK | WEBSTUFF  (IMAGES) |
| 32 | 3.5 | STARTREK | WEB STUFF (IMAGES) |
| 33 | 3.5 | | DLL |
| 34 | 3.5 | | RESUME |
| 35 | 3.5 | | BLANK |
| 36 | 3.5 | NF | BLANK (NOT FORMATTED) |
| 37 | 3.5 | | 49  (UNK)  (POSSIBLE CP) |
| 38 | 3.5 | IPR | 47 |
| 39 | 3.5 | BLANK | 36 |
| 40 | 3.5 | | 32 |
| 41 | 3.5 | BK | 30 (?) |
| 42 | 3.5 | | 27  PICS (GIC FILE)      ? |
| 43 | 3.5 | BLANK | 25 |
| 44 | 3.5 | IPR | 21  (DRAW-O.PRG) (?) |
| 45 | 3.5 | BK | 18  (?) |
| 46 | 3.5 | BLANK | 13 |
| 47 | 3.5 | BK | 12  (VIRUS)  (JERU.SUNDAY.II(x)) |
| 48 | 3.5 | | 8  EXCEL SHEET    IRS PENALTY SCHEDULE |
| 49 | 3.5 | BK | TURBO C+ 4/5   5 |
| 50 | 3.5 | | TURBO C  1/5    2 |
| 51 | 3.5 | IPR | BORLAND OFFICE    DISK 21 |
| 52 | 3.5 | IPR | DISK 20 |
| 53 | 3.5 | IPR | DISK 19 |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 54 | 3.5 | IPR | BORLAND OFFICE    DISK 17 |
| 55 | 3.5 | IPR | "    DISK 16 |
| 56 | 3.5 | IPR | "    DISK 15 |
| 57 | 3.5 | IPR | "    DISK 14 |
| 58 | 3.5 | IPR | "    DISK 13 |
| 59 | 3.5 | IPR | "    DISK 12 |
| 60 | 3.5 | IPR | "    DISK 11 |
| 61 | 3.5 | IPR | "    DISK 10 |
| 62 | 3.5 | IPR | "    DISK 9 |
| 63 | 3.5 | IPR | "    DISK 8 |
| 64 | 3.5 | IPR | "    DISK 7B |
| 65 | 3.5 | IPR | "    DISK 7 |
| 66 | 3.5 | IPR | "    DISK 6 |
| 67 | 3.5 | IPR | "    DISK 5 |
| 68 | 3.5 | IPR | "    DISK 4 |
| 69 | 3.5 | IPR | "    DISK 3 |
| 70 | 3.5 | IPR | "    DISK 1 |
| 71 | 3.5 | IPR | "    DISK 1 |
| 72 | 3.5 | IPR | BORLAND CPRO ADIVISOR |
| 73 | 3.5 | IPR | NORTON DESKTOP FOR WIN    DISK 5 |
| 74 | 3.5 | NF | "    DISK 4 ( UNREADABLE ) ? |
| 75 | 3.5 | IPR | "    DISK 3 |
| 76 | 3.5 | IPR | ~~NORTON DESKTOP/WIN~~    DISK 2 |
| 77 | 3.5 | IPR | "    DISK 1 |
| 78 | 3.5 | NF | NORTON DESKTOP/WIN    DISK 5 (UNREADABLE ? |
| 79 | 3.5 | IPR | "    DISK 4 |
| 80 | 3.5 | IPR | "    DISK 3 |
| 81 | 3.5 | IPR | "    DISK 2 |
| 82 | 3.5 | IPR | "    DISK 1 |

Page 3 of 20

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 83 | 3.5 | IPR | NORTON DESKTOP/WINDOWS FIXIT DISK 2 |
| 84 | 3.5 | IPR | '' DISK 1 |
| 85 | 3.5 | IPR | NORTON DESKTOP/WIN FIXIT DISK 2 |
| 86 | 3.5 | IPR | '' DISK 1 |
| 87 | 3.5 | IPR | CALENDAR CREATOR + DISK 4 |
| 88 | 3.5 | BK | '' DISK 3 ? |
| 89 | 3.5 | IPR | PROTO GEN DISK 1 (IPR) |
| 90 | 3.5 | IPR | MS PUBLISHER/WIN DISK 4 (IPR) |
| 91 | 3.5 | IPR | '' DISK 5 (IPR) |
| 92 | 3.5 | NF | '' DISK 4 (IPR) (UNREADABLE) ? |
| 93 | 3.5 | IPR | '' DISK 3 (IPR) |
| 94 | 3.5 | IPR | '' DISK 2 (IPR) |
| 95 | 3.5 | IPR | '' DISK 1 (IPR) |
| 96 | 3.5 | IPR | IBM LM 5/5 |
| 97 | 3.5 | IPR | '' 4/5 |
| 98 | 3.5 | NF | '' 3/5 |
| 99 | 3.5 | IPR | '' 2/5 |
| 100 | 3.5 | IPR | '' 1/5 |
| 101 | 3.5 | IPR | MS EXCEL DISK 5 |
| 102 | 3.5 | IPR | '' DISK 4 |
| 103 | 3.5 | IPR | '' DISK 3 |
| 104 | 3.5 | IPR | '' DISK 2 |
| 105 | 3.5 | IPR | '' DISK 1 |
| 106 | 3.5 | IPR | WIRED FOR SOUND /WIN DISK4 |
| 107 | 3.5 | IPR | '' DISK3 |
| 108 | 3.5 | IPR | '' DISK2 |
| 109 | 3.5 | IPR | '' DISK1 |
| 110 | 3.5 | BK | MS ACCESS/WIN DISK 6 (UNREADABLE) ? |
| 111 | 3.5 | BK | DISK 5 (UNREADABLE) ? |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 112 | 3.5 | BK | MS ACCESS / WIN    DISK 4    (IPR) (UNREADABLE) (?) |
| 113 | 3.5 | BK | ''    DISK 3    (IPR) (UNREADABLE) ? |
| 114 | 3.5 | BK | ''    DISK 2    (IPR) (UNREADABLE) ? |
| 115 | 3.5 | BK | ''    DISK 1    (IPR) (UNREADABLE) ? |
| 116 | 3.5 | IPR | MS VISUAL BASIC    DISK 3    (IPR) |
| 117 | 3.5 | IPR | ''    DISK 2    (IPR) |
| 118 | 3.5 | IPR | ''    DISK 1    (IPR) |
| 119 | 3.5 |  | BLANK    (UNREADABLE) ! |
| 120 | 3.5 | BK | BLANK    (UNREADABLE) ? |
| 121 | 3.5 | BK | WP WIN    (UNREADABLE) ? |
| 122 | 3.5 | BLANK | BLANK |
| 123 | 3.5 | BK | BLANK    (UNREADABLE) ? |
| 124 | 3.5 | IPR | 9 |
| 125 | 3.5 | IPR | BLANK |
| 126 | 3.5 | IPR | BLANK |
| 127 | 3.5 | IPR | BLANK |
| 128 | 3.5 | IPR | BLANK |
| 129 | 3.5 | IPR | BLANK |
| 130 | 3.5 | IPR | BLANK |
| 131 | 3.5 | IPR | BLANK |
| 132 | 3.5 | IPR | BLANK |
| 133 | 3.5 | IPR | BLANK |
| 134 | 3.5 | IPR | BLANK |
| 135 | 3.5 | IPR | BLANK |
| 136 | 3.5 | BLANK | BLANK    [VIRUS] |
| 137 | 3.5 | IPR | A |
| 138 | 3.5 | BK | BLANK    (UNREADABLE) ? |
| 139 | 3.5 | IPR | BLANK |
| 140 | 3.5 | IPR | BLANK |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 141 | 3.5 | IPR | BLANK |
| 142 | 3.5 | IPR | BLANK |
| 143 | 3.5 | IPR | BLANK |
| 144 | 3.5 | IPR | DISK U |
| 145 | 3.5 | UNK | BLANK (UNREADABLE) |
| 146 | 3.5 | IPR | BLANK |
| 147 | 3.5 | IPR | BLANK |
| 148 | 3.5 | IPR | BLANK |
| 149 | 3.5 | IPR | BLANK |
| 150 | 3.5 | IPR | BLANK |
| 151 | 3.5 | BK | 11 (UNREADABLE) ? |
| 152 | 3.5 | BK | 7 (UNREADABLE) ? |
| 153 | 3.5 | UNK | WORD PERFECT 2/4 (UNREADABLE)? |
| 154 | 3.5 | IPR | WIN 95 CERTIFICATION |
| 155 | 3.5 | IPR | PAGE MAGIC 5/5 |
| 156 | 3.5 | BLANK | MAXIS SIM LIFE |
| 157 | 3.5 | BLANK | MAXIS SIM LIFE 2 OF 3 |
| 158 | 3.5 | NF | COPY OF WINDOWS SYSTEM 11-5 |
| 159 | 3.5 | | MUSIC PROGRAMS |
| 160 | 3.5 | BK | FANCY DIRECTORY (UNREADABLE) ? |
| 161 | 3.5 | IPR | ANI CURSORS |
| 162 | 3.5 | BLANK | COPY OF WINDOWS 11-4 |
| 163 | 3.5 | ? | CD ROM DRIVERS VIRUS UNREADABLE |
| 164 | 3.5 | IPR | WIN PROBE 1/1 |
| 165 | 3.5 | BLANK | EXCEL |
| 166 | 3.5 | BLANK | COPY OF WINDOWS 11-6 |
| 167 | 3.5 | IPR | NAGME / BAT2 / SHERLOC |
| 168 | 3.5 | IPR | FM APPLIC / WIN BATCH |
| 169 | 3.5 DD | NF | A STAR TO STEER HER BY |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 170 | 3.5 | IPR | FILES: ARTON, BRIDGE, DREAM |
| 171 | 3.5 | | BOOKS TWO |
| 172 | 3.5 | NF | DREAMS, TLC, FREEDOM, I CAROL (UNREADABLE) ? |
| 173 | 3.5 | IPR | FONTOGRAPHER /WIN |
| 174 | 3.5 DD | IPR | FONT BOOK |
| 175 | 3.5 DD | NF | MACINTOSH FILES — MICROSOFT (UNREADABLE) ? |
| 176 | 3.5 DD | BLACK | TRA-SER UPDATE / PLUMBING ISSUE 96-09 |
| 177 | 3.5 | | WIN SOURCES . MAGAZINE |
| 178 | 3.5 | | PLUMBING BY RIVERS |
| 179 | 3.5 | | ACT DISK 2 / VIRUS |
| 180 | 3.5 | | MCAFEE VIRUS UN FOR WIN 95 |
| 181 | 3.5 | IPR | MS FOR WORKS /WIN   DISK 4 |
| 182 | 3.5 | IPR | "   DISK 3 |
| 183 | 3.5 | IPR | "   DISK 2 |
| 184 | 3.5 | IPR | "   DISK 1 |
| 185 | 3.5 | IPR | PAGEMAGIC   4/5 |
| 186 | 3.5 | IPR | "   3/5 |
| 187 | 3.5 | IPR | "   2/5 |
| 188 | 3.5 | IPR | "   1/5 |
| 189 | 3.5 | IPR | WHERE ABOUTS  DELUXE  DISK 3 |
| 190 | 3.5 | IPR | "   DISK 2 |
| 191 | 3.5 | IPR | "   DISK 1 |
| 192 | 3.5 | IPR | SIM ANT |
| 193 | 3.5 | NNK | REFLECTION   (UNREADABLE) ? |
| 194 | 3.5 | | BELL SOUTH   DISK 2 |
| 195 | 3.5 | | "   DISK 5 |
| 196 | 3.5 | UNK | "   DISK 3 |
| 197 | 3.5 | | "   DISK 1 |
| 198 | 3.5 | | "   DISK 4 |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 199 | 3.5 | — | BELL SOUTH DISK 5 / WIN 98 START UP |
| 200 | 3.5 | — | '' DISK 2 |
| 201 | 3.5 | — | '' DISK 1 |
| 202 | 3.5 | — | '' DISK 4 |
| 203 | 3.5 | = | '' DISK 3 |
| 204 | 3.5 | IPR | MS WIN 3.1 DISK 6 |
| 205 | 3.5 | IPR | '' DISK 5 |
| 206 | 3.5 | IPR | '' DISK 4 |
| 207 | 3.5 | IPR | '' DISK 3 |
| 208 | 3.5 | IPR | '' DISK 2 |
| 209 | 3.5 | UNK | '' DISK 1 (UNREADABLE) ? |
| 210 | 3.5 | — | MITSUMI CD DRIVER [VIRUS] |
| 211 | 3.5 | — | MITSUMI CD DISK DETECTIVE |
| 212 | 3.5 | — | PHILIPS LMS DRIVER |
| 213 | 3.5 | — | REVEAL SCS-00 DISK 3 |
| 214 | 3.5 | — | '' DISK 2 |
| 215 | 3.5 | — | '' DISK 1 |
| 216 | 3.5 | — | DTC CD DRIVER |
| 217 | 3.5 | — | SOFTRAM 95 |
| 218 | 3.5 | — | PC PROPAD 6 |
| 219 | 3.5 DD | — | EIDE MAX |
| 220 | 3.5 | — | CANON TRUE TYPE |
| 221 | 3.5 | — | CANON BJC-600E DISK 3 |
| 222 | 3.5 | — | '' DISK 2 |
| 223 | 3.5 | — | '' DISK 1 |
| 224 | 3.5 | — | WESTERN DIGITAL HD |
| 225 | 3.5 | IPR | MS WIN √3.1 DISK 6 (IPR) |
| 226 | 3.5 | IPR | '' DISK 5 (IPR) |
| 227 | 3.5 | IPR | '' DISK 4 (IPR) |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 228 | 3.5 | IPR | MS WIN V 3.1 DISK 2 (IPR) |
| 229 | 3.5 | | ANIMATIONS 001 [VIRUS] (? CONTENT) MODE UNREADABLE |
| 230 | 3.5 | AP | GIFS DISK 011/002/NUDES 002 |
| 231 | 3.5 | AP | GIFS DISK 25/GAY 001 |
| 232 | 3.5 | AP | GIFS DISK 007/STARS 001 |
| 233 | 3.5 | AP | GIFS DISK 006/SHAVED 001 |
| 234 | 3.5 | BLANK | GIFS DISK 008/YOUG LESBIANS 001 |
| 235 | 3.5 | BLANK | GIFS DISK 010/001/YOUNG SEX 001 |
| 236 | 3.5 | — | "BIRTH DAY DISK" |
| 237 | 3.5 | — | (UNABLE TO UNDERSTAND WRITING) |
| 238 | 3.5 | BLANK | BLANK |
| 239 | 3.5 | | BLANK |
| 240 | 3.5 | NF | DEMON STALKERS (UNREADABLE) ? |
| 241 | 3.5 | NF | DOCUMENT DISK 1 (UNREADABLE) ? |
| 242 | 3.5 | CP | MIDC 11-2 |
| 243 | 3.5 | IPR | COPY OF WINDOWS /11-3 |
| 244 | 3.5 | — | BLANK (DOS) |
| 245 | 3.5 | UNK | " (UNREADABLE) TEEN. R01 |
| 246 | 3.5 | BLANK | " |
| 247 | 3.5 | | " |
| 248 | 3.5 | BLANK | " |
| 249 | 3.5 | BK | " (UNREADABLE) ? |
| 250 | 3.5 | — | UNABLE TO UNDERSTAND WRITING |
| 251 | 35 | | PBR CALL. TAKING BACKUP 2/2 |
| 252 | 35 | UNK | DISK FREE/DISK LEFT (TEEN R02) |
| 253 | 3.5 | UNK | DOS 6.0 (TEEN.R03) |
| 254 | 3.5 | NF | HDSR (UNREADABLE) ? |
| 255 | 3.5 | — | WORD FILES/GAMES |
| 256 | 3.5 | UNK | WORDPERFECT FILES (UNREADABLE) ? |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 257 | 3.5 | AP | TAKE HOME |
| 258 | 3.5 | BLANK | PBR CALL-TAKING BACKUP DISK 2 |
| 259 | 3.5 | — | WIN 95 STARTUP |
| 260 | 3.5 | | WORK STARTUP |
| 261 | 3.5 | BLANK | UNABLE TO UNDERSTAND WRITING |
| 262 | 3.5 | BK | DISK 1          (UNREADABLE) ? |
| 263 | 35 | BK | SMC SUPERDISK DRIVER (UNREADABLE) ? |
| 264 | 35 | BLANK | EMBER / ACCESS DISK 4 OF 8 |
| 265 | 35 | BK | GMADSPEED CD DRIVERS (UNREADABLE)? |
| 266 | 3.5 | AP | SCHWAB STREETSMART    DISK 2 |
| 267 | 3.5 | AP | "          DISK 4 |
| 268 | 3.5 | AP | ATI LTD       (UNREADABLE) ? |
| 269 | 3.5 | UNK | CHEYENNE SOFTWARE    (UNREADABLE) ? |
| 270 | 3.5 | — | SMC NETWORK GROWTH SIMULATOR |
| 271 | 3.5 | UNK | PSI INTERPUMP (UNREADABLE) ? | (TECN. R12) |
| 272 | 3.5 | — | SMC PCI LAN ADAPTERS |
| 273 | 3.5 | | LAN ADAPTER |
| 274 | 35 | | ENCORE ESL-835-TB |
| 275 | 3.5 | | GNN |
| 276 | 3.5 | UNK | GNN          (UNREADABLE) ? |
| 277 | 3.5 | AP | UPS ONLINE   DISK 2 |
| 278 | 35 | CP | "          DISK 3 |
| 279 | 35 | BLANK | "          DISK 1 |
| 280 | 3.5 | BLANK | CITIBANK |
| 281 | 3.5 | BLANK | FONVIEW - BILLING DATA |
| 282 | 35 | BLANK | " |
| 283 | 35 | BLANK | " |
| 284 | 3.5 | — | " |
| 285 | 35 | BLANK | " |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 286 | 3.5 | — | COMPUSERVE WIN CIM |
| 287 | 3.5 | | PC CONCEPTS |
| 288 | 3.5 | | MS DOS V 6.2 |
| 289 | 3.5 | | MS DOS UNINSTAL |
| 290 | 3.5 | IPR | PAINTSHOP PRO V 4.2! DISK 3  IPR |
| 291 | 3.5 | UNIK | (( DISK 2  IPR (UNREADABLE) ? |
| 292 | 3.5 | 94 P | WIN 95 BOOT DISK |
| 293 | 3.5 | CP | COMPUSERVE |
| 294 | 3.5 DD | BK | BLANK (UNREADABLE) ? |
| 295 | 3.5 DD | BK | MAGNUM GT (UNREADABLE) ? |
| 296 | 3.5 DD | BK | LABEL PUBLISHER (UNREADABLE) ? |
| 297 | 3.5 DD | BK | MICROGRAFX (UNREADABLE) ? |
| 298 | 3.5 DD | — | BLANK |
| 299 | 3.5 DD | BK | COLORCUBE (UNREADABLE) ? |
| 300 | 3.5 DD | BK | 14 (UNREADABLE) ? |
| 301 | 3.5 DD | BK | BLANK (UNREADABLE) ? |
| 302 | 3.5 DD | BK | BLANK (UNREADABLE) ? |
| 303 | 3.5 DD | BK | TEST-DRIVE & PREVIEW (UNREADABLE) ? |
| 304 | 3.5 DD | — | BLANK |
| 305 | 3.5 DD | — | QUICKEN |
| 306 | 3.5 DD | BK | 17 (UNREADABLE) ? |
| 307 | 3.5 DD | BK | BLANK (UNREADABLE) ? |
| 308 | 3.5 DD | BK | 10 (UNREADABLE) ? |
| 309 | 3.5 DD | BK | 9 (UNREADABLE) ? |
| 310 | 3.5 DD | BK | MULTI EDIS DEMO DISK (UNREADABLE) ? |
| 311 | 3.5 DD | BK | 7 (UNREADABLE) ? |
| 312 | 3.5 DD | BK | 6 (UNREADABLE) ? |
| 313 | 3.5 DD | BK | 5 (UNREADABLE) ? |
| 314 | 3.5 | — | COMPU SERVE |

| # | Type | Copied | Comment |
|---|---|---|---|
| 315 | 3.5 | BLANK | ADP PARTS SERVICES |
| 316 | 3.5 | — | JAZ INSTALL |
| 317 | 3.5 | — | GNN |
| 318 | 3.5 | IPR | PC TOOLS          (IPR) |
| 319 | 3.5 | — | STARTTREK FONT PACK |
| 320 | 3.5 | — | STARTTREK FONT PACK |
| 321 | 3.5 | — | FINAL PROJECT/SIMON |
| 322 | 3.5 | AP | ADP PARTS SERVICES |
| 323 | 3.5 | BLANK | ADP PARTS SERVICES |
| 324 | 3.500 | — | STARTREK |
| 325 | 3.5 | — | ETHERNET ADAPTER DRIVER |
| 326 | 3.5D | — | BORLAND TURBO C++ |
| 327 | 3.5 | — | BORLAND VISUALSOLUTIONS PACK INSTALL |
| 328 | 3.5 | — | BORLAND VISUAL SOLUTIONS PACK DISK 2 |
| 329 | 3.5 | — | STATE SANDBLASTER SIZING |
| 330 | 3.5 | BLANK | FONVIEW |
| 331 | 3.5 | — | SEAGATE DISK MANAGER |
| 332 | 3.5 | — | ATI LTD MISC. DRIVER DISK |
| 333 | 3.5 | BLANK | COMPUSERVE |
| 334 | 3.5 | BLANK | FONVIEW B/CCINE DATA |
| 335 | 3.5 | — | AOL |
| 336 | 3.5 | — | REVEAL TOOLKIT |
| 337 | 3.5 | — | SOUND BLASTER 16 |
| 338 | 3.5 | — | SOUND BLASTER 16 |
| 339 | 3.5 | CP | UPS ONLINE |
| 340 | 3.5 | — | ADP PARTS SERVICES |
| 341DD | 3.5DD | — | KING'S QUEST IV    DISK 4 |
| 342DD | 3.5DD | — | "       "          DISK 3 |
| 343DD | 3.5DD | — | "       "          DISK 2 |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 344 | 3.5DD | — | KING'S GUEST IV  DISK 1 |
| 345 | 3.5 | BLANK | GNN |
| 346 | 3.5 | BT~ | BLAKESTONE    [VIRUS]  (UNREADABLE)? |
| 347 | 3.5 | BLANK | ADD PARTS SERVICES |
| 348 | 3.5 | BLANK | GNN |
| 349 | 3.5 | BLANK | ADD PARTS SERVICES |
| 350 | 3.5 | — | PSI INTER RAMP |
| 351 | 3.5 | — | CHEYENNE  BITWARE |
| 352 | 3.5 | — | MS DOS |
| 353 | 3.5 | — | MS WORKGROUP ADD-ON/WIN |
| 354 | 3.5 | — | MSWIN FOR WORKGROUPS |
| 355 | 3.5 | — | JAKARTA    DISK 1 |
| 356 | 3.5 | — | ~~SKETCH~~  "  DISK 2 |
| 357 | 3.5 | — | "    DISK 3 |
| 358 | 3.5 | AP | SCWAB STREET SMART  DISK 1 |
| 359 | 3.5 | AP | E.    "    DISK 3 |
| 360 | 3.5 | — | SMC    DISK 1 |
| 361 | 3.5 | — | "    DISK 3 |
| 362 | 3.5 | BLANK | FON VIEW |
| 363 | 3.5 | CP | FONVIEW  3 |
| 364 | 3.5 | CP | "    2 |
| 365 | 3.5 | CP | "    1 |
| 366 | 3.5 | CP | "    1 |
| 367 | 3.5 | BLANK | AOL |
| 368 | 3.5 | — | AOL |
| 369 | 3.5 | — | AOL |
| 370 | 3.5 | — | VOICE ASSIST |
| 371 | 3.5 | — | TEXT ASSIST |
| 372 | 3.5 | CP | FONVIEW |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 373 | 3.5 | CP | CITIBANK |
| 374 | 3.5 | CP | BLANK |
| 375 | 3.5 | | '' (UNREADABLE) ? .RAR |
| 376 | 3.5 | CP | '' |
| 377 | 3.5 | ? | '' (UNREADABLE) ? (TEEN.R11) |
| 378 | 3.5 | BLANK | '' |
| 379 | 3.5 | — | '' |
| 380 | 3.5 | NF | '' (UNREADABLE) ? |
| 381 | 3.5 | ? | '' (UNREADABLE) ? (TEEN.R10) |
| 382 | 3.5 | ? | '' (UNREADABLE) ? (TEENRC9) |
| 383 | 3.5 | NF | '' (UNREADABLE) ? |
| 384 | 3.5 | BLANK | '' |
| 385 | 3.5 | BLANK | '' |
| 386 | 3.5 | IPR | '' |
| 387 | 3.5 | NF | '' |
| 388 | 3.5 | BLANK | '' |
| 389 | 3.5 | BLANK | '' |
| 390 | 3.5 | BLANK | '' |
| 391 | 3.5 | BLANK | '' |
| 392 | 3.5 | BLANK | '' |
| 393 | 3.5 | — | '' |
| 394 | 3.5 | BLANK | '' |
| 395 | 3.5 | BLANK | '' (UNREADABLE) ? .RAR |
| 396 | 3.5 | BANK | '' (UNREADABLE) ? .RAR |
| 397 | 3.5 | NNK | '' (UNREADABLE) ? |
| 398 | 3.5 | UNK | '' (UNREADABLE) ? |
| 399 | 3.5 | BLANK | '' |
| 400 | 3.5 | — | '' |
| 401 | 3.5 | — | STATIONARY STORE DISK 2 |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 402 | 3.5 | — | STATIONERY STORE DISK I |
| 403 | 3.5 | — | ACTION ARCADE |
| 404 | 3.5 | — | DOOM / SOUNDBLASTER |
| 405 | 3.5 | — | GNN |
| 406 | 3.5 | UNK | GEO FINDER        (UNREADABLE) ? |
| 407 | 3.5 | UNK | ADOBE ILLUSTRATOR    (UNREADABLE) ? (R134 .RAR) |
| 408 | 3.5 | — | QUICKLINK |
| 409 | 3.5 | BLANK | TELECOMMUTING |
| 410 | 3.5 | — | RAY TRACING CREATIONS |
| 411 | 3.5 | — | SQL WIN SOLO |
| 412 | 3.5 | | POWER PROGRAMMING |
| 413 | 3.5 | CP | ACCUTRADE |
| 414 | 3.5 | BK | LOTUS AMI PRO     (UNREADABLE) ? |
| 415 | 3.5 | — | LONG FILENAMES |
| 416 | 3.5 | — | STARDATE |
| 417 | 3.5 | BLANK | UPS ONLINE  DISK 4 |
| 418 | 3.5 | BLANK | SCHWAB STREET SMART |
| 419 | 3.5 | UNK | CONTRAC2    (UNREADABLE) ? |
| 420 | 3.5 | BK | ADOBE ILLUSTRATOR (UNREADABLE) ? |
| 421 | 3.5 | — | SQL WIN SOLO |
| 422 | 3.5 | BLANK | FONVIEW |
| 423 | 3.5 | — | BORLAND VISUAL SOLUTIONS PACK |
| 424 | 3.5 | — | DELTA POINT QUICKSITE |
| 425 | 3.5 | | GNN |
| 426 | 3.5 | | BACKUP EXEC |
| 427 | 3.5 | | GNN |
| 428 | 3.5 DX | VIRUS | LINE WARS 2  [VIRUS] |
| 429 | 3.5 | — | WEDDING WORKSHOPS |
| 430 | 3.5 | — | DOOM |

Left margin numbers: 552, 553, 554, 555, 556, 557, 558, 559, 560, 561, 562, 563, 564, 565, 566, 567, 568, 569, 570, 571, 572, 573, 574, 575, 576, 577, 577, —, —

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 431 | 3.5 DD | — | STREET FIGHTER |
| 432 | 3.5 | — | DOOM |
| 433 | 3.5 DD | — | DISK MANAGER |
| 434 | 3.5 | — | QUICK LINK |
| 435 | 3.5 | — | CROSSWORD CONSTRUCTION |
| 436 | 3.5 | — | MY HOUSE |
| 437 | 3.5 | BLANK | FONVIEW |
| 438 | 3.5 | — | AUDIO CLIPS STARTREK |
| 439 | 3.5 DD | — | MAXTOR MAX-BLAST DISK MANAGER |
| 440 | 3.5 DD | — | BORLAND TURBO C++ DISK 2 |
| 441 | 3.5 DD | — | '' DISK 3 |
| 442 | 3.5 DD | — | '' DISK 4 |
| 443 | 3.5 DD | — | SILPHEED DISK 1 |
| 444 | 3.5 | — | SQL WINDOWS SOLO DISK 7 |
| 445 | 3.5 | — | '' DISK 5 |
| 446 | 3.5 | ~~xxx~~ | '' DISK 6 |
| 447 | 3.5 | — | '' DISK 8 |
| 448 | 3.5 | ~~xxx~~ | MS WORD FOR WINDOWS 95 DISK 1 |
| 449 | 3.5 | BLANK | SCHWAB STREETSMART |
| 450 | 3.5 | UNK | GNN (UNREADABLE) ? (TEEN. ROG) |
| 451 | 3.5 | UNK | TURBO C+ 5/5 (IPR) (TEEN. RM) |
| 452 | 3.5 | BLANK | WINZIP/DG EMS SOFTWARE/PICS |
| 453 | 3.5 | — | C. PROGRAMMING DISK 1 [VIRUS] |
| 454 | 3.5 | — | DOOM |
| 455 | 3.5 | ~~UNK~~ | SOUND GALAXY STELLAR DISK 2 (UNREADABLE) ? |
| 456 | 3.5 | UNK | '' DISK 1 (UNREADABLE) ? |
| 457 | 3.5 | IPR | ACCESS 2.0 DISK 6 (IPR) |
| 458 | 3.5 | ? | WIN 3.1 DRIVERS HP LASERJET 5 5I DISK 1 |
| 459 | 3.5 | BLANK | blank |

| # | Type | Copied | Comment |
|---|---|---|---|
| 460 | 3.5 | — | GWS ~ DOS ? ~LYCOS~ SOFT SEEK ~ USA INFO |
| 461 | 3.5 | UNK | BAD ? (UNREADABLE) ? |
| 462 | 3.5 | IPR | MS WIN v 3.1 DISK 3 (IPR) |
| 463 | 3.5 | IPR | MS WIN / WORKGROUPS DISK 5 (IPR) |
| 464 | 3.5 | IPR | " DISK 4 (IPR) |
| 465 | 3.5 | IPR | " DISK 3 (IPR) |
| 466 | 3.5 | IPR | " DISK 2 (IPR) |
| 467 | 3.5 | BK | 45 (UNREADABLE) ? |
| 468 | 3.5 | AP | GIFS DISK 005 / SEX SCENES 001 |
| 469 | 3.5 | CP | CL 5428 UTILITY DRIVER |
| 470 | 3.5 | CP | CARD SIFT · (IPR) |
| 471 | 3.5 | UNK | 39 (UNREADABLE) ? (TEEN.FACE) |
| 472 | 3.5 | BLANK | 22 |
| 473 | 3.5 | — | 14 |
| 474 | 3.5 | UNK | COMPUTER INVENTORY DISK 2 (UNREADABLE) ? |
| 475 | 3.5 | ~~YES~~ | SCORCHED EARTH / ALYSSA MILANO (UNREADABLE) ? (.JPG |
| 476 | 3.5 | — | LEMMINGS |
| 477 | 3.5 | AP | HOLLANDER INTERCHANGE DATA DISK 3 |
| 478 | 3.5 | UNK | BLANK (UNREADABLE) ? (SOUTHPARK.RAR |
| 479 | 3.5 | IPR | PBX WIN DISK 4 ① (UNKNOWN) |
| 480 | 3.5 | BLANK | 38 |
| 481 | 3.5 | IPR | COMPU-SHOW (IPR) VIRUS |
| 482 | 3.5 | IPR | DOS 6.0 INSTALL DISK 2 IPR |
| 483 | 3.5 | BLANK | GIFS DISK 009 / YOUNG GIRLS 001 |
| 484 | 3.5 | BK | 44 (UNREADABLE) ? |
| 485 | 3.5 | BK | 100 MS BOOSDISK (UNREADABLE) ? |
| 486 | 3.5 | IPR | MS WORD FOR WIN DISK 7 IPR |
| 487 | 3.5 | CP | HOLLANDER INTERCHANGE DATA DISK 5 |
| 488 | 3.5 | — | " " DISK 9 / EMS KEY DISK |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 489 | 3.5 | IPR | MS WORD WIN DISK 9 IPR |
| 490 | 3.5 | UNK | TRUE-TYPE FONTS DISK 4 (UNREADABLE)? TEEN.RAR |
| 491 | 3.5 | NF | C+/BASIC/ASSEMBLY FILES (UNREADABLE)? |
| 492 | 3.5 | — | GWS DOS 7.0 |
| 493 | 3.5 | — | PRINTER CARD |
| 494 | 3.5 | — | BASIC CLUB & MOUSE |
| 495 | 3.5 | BLANK | INSTALL FOR DOS & WIN |
| 496 | 3.5 | BLANK | ACCESS DISK 3 |
| 497 | 3.5 | NF | MS WIN/WORKGROUPS DISK 7 (UNREADABLE)? |
| 498 | 3.5 | IPR | '' '' DISK 8 |
| 499 | 3.5 | — | LINK'S AWAKENING/PICS 5-8 (2-UNREADABLE)? |
| 500 | 3.5 | UNK | MISC WIN95 JPEG PICS FROM WEB (UNREADABLE)? |
| 501 | 3.5 | CP | BLANK |
| 502 | 3.5 | NF | FORTRAN DISK /BM/LSL SAVE (UNREADABLE)? |
| 503 | 3.5 | UNK | 1 (UNREADABLE)? (.QIC) |
| 504 | 3.5 | UNK | 2 (UNREADABLE)? (.QIC) |
| 505 | 3.5 | IPR | 46 |
| 506 | 3.5 | UNK | 20 (UNREADABLE)? (TEEN.RAR) |
| 507 | 3.5 | BK | NEURAL WARE/PREDICT DISK1 (IPR)(UNREADABLE)? |
| 508 | 3.5 | BLANK | WINDOWS TRUE TYPE FONTS DISK 001 |
| 509 | 3.5 | UNK | CARS PROGRAM INSTALL (UNREADABLE)? |
| 510 | 3.5 | — | MS WORD/WIN DISK 1 IPR |
| 511 | 3.5 | — | Ø |
| 512 | 3.5 | BK | 37 (UNREADABLE)? |
| 513 | 3.5 | BK | 10 (UNREADABLE)? |
| 514* | 3.5 | AP | 48 (UNREADABLE)? |
| 515 | 3.5 | ? | SIMCITY |
| 516 | 3.5 | — | ADP HOLLANDER WINDECODE BACKUP (3) |
| 517 | 3.5 | BLANK | SCRATCH DISK |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 518 | 3.5 | — | RESUME'S |
| 519 | 3.5 | BLANK | PCPPY.95 |
| 520 | 3.5 | — | IC VERIFY/DOS |
| 521 | 3.5 | BK | TURBO C+ 3/5        (UNREADABLE) ? |
| 522 | 3.5 | BK — | TRANS-BK / TRANS-RD (UNREADABLE) ? |
| 523 | 3.5 | BK | 29        (UNREADABLE) ? |
| 524 | 3.5 | BLANK | ADP HOLLANDER / ACCUPART |
| 525 | 3.5 | BLANK | (UNABLE TO UNDERSTAND WRITING) |
| 526 | 3.5 | — | W95 BOOT / HOLLANDER / INTERCHANGE DATA DISK 6 |
| 527 | 3.5 | BK | NEUTRAL WARE PREDICT DISK 2 (UNREADABLE)? |
| 528 | 3.5 | BK | WIN 3.11 DISK 6 |
| 529 | 3.5 | BLANK | CMT VILLA POINT V REGIS / EXCEL SPREADSHEET |
| 530 | 3.5 | IPR | MS WIN DISK 1 (IPR) |
| 531 | 3.5 | — | (UNABLE TO UNDERSTAND WRITING) |
| 532 | 3.5 | — | BACKUP.EXE /-WINRAR/EXPANDER/ENCRYPT-IT/CB 32 |
| 533 | 3.5 | BLANK | DOS 6.0 INSTALL 4/4 |
| 534 | 3.5 | — | JUG |
| 535 | 3.5 | — | BLANK |
| 536 | 3.5 | — | DOS 6 3/4 |
| 537 | 3.5 | UNK | 19        (UNREADABLE) ?        (SCHED. RAR) |
| 538 | 3.5 | — | TC FILES BASIC FILES |
| 539 | 3.5 | — | APPLY 2.CDR / SIGNATURE JPG / SIGNATURE 2.JPG |
| 540 | 3.5 | — | JASON'S DISK |
| 541 | 3.5 | — | LINK'S AWAKENING PICS 1-4 |
| 542 | 3.5 | — | ZOOMER |
| 543 | 3.5 | — | JUNE 1, 1997 / WEDDING INVITATIONS / COREL DRAW 5 |
| 544 | 3.5 | UNK | MS WORD / WIN DISK 8 (UNREADABLE) ? |
| 545 | 3.5 | — | SHIP ITEMS / MORGAN |
| 546 | 3.5 | — | W95 BOOT / HOLLANDER / INTERCHANGE DATA DISK 4 |

| # | Type | Copied | Comment |
|---|---|---|---|
| 547 | JG | — | PROGRAMS FOR YOU |
| 548 | 3.5 | BLANK | (UNABLE TO UNDERSTAND WRITING |
| 549 | 3.5 | — | BORLAND OFFICE DISK 2 |
| 550 | 3.5 | CP | SIM CITY |
| 551 | 3.5 | BLANK | BLANK |
| 552 | 3.5 | — | " (KEY.KE2)? |
| 553 | 3.5 | BLANK | " (.CDR) |
| 554 | 3.5 | | " (.CDR)? |
| 555 | 3.5 | BLANK | " |
| 556 | 3.5 | | " |
| 557 | 3.5 | BLANK | " |
| 558 | 3.5 | BLANK | " |
| 559 | 3.5 | BLANK | " |
| 560 | 3.5 | CP | " |
| 561 | 3.5 | — | " |
| 562 | 3.5 | CP | " |
| 563 | 3.5 | IPR | " (UNREADABLE)? |
| 564 | 3.5 | BK | " (UNREADABLE)? |
| 565 | 3.5 | — | MS WIN FOR WORKGROUPS DISK 6 |
| 566 | 3.5 | — | " DISK 5 |
| 567 | 3.5 | — | " DISK 4 |
| 568 | 3.5 | — | " DISK 3 |
| 569 | 3.5 | — | " DISK 7 |
| 570 | 3.5 | BLANK | FONVIEW BILLING DATA |
| 571 | 3.5 | IPR | AOP PARTS SERVICES DISK 4 ? |
| 572 | 3.5 | CP | FONVIEW |
| 573 | 3.5 | — | STARDATE |
| 574 | 3.5 | BLANK | COMPUSERVE |
| 575 | 3.5 | | MICROSOFT WINDOWS FOR WORKGROUPS DISK 8 |

Left margin annotations: 401, 402, 403, 404, 405, 406, 407, 408, 409, 410, 411, 412, 413, 414, 415, 416, 417, 418, 419, 420, 421, 422, 423, 424, 425

| # | Type | Copied | Comment |
|---|---|---|---|
| 576 | 3.5 UNK | UNK | COMPUSOURCE          (UNREADABLE) ? |
| 577 | 3.5 | — | GNN |
| 578 | 3.5 | BK | GNN      (UNREADABLE ?) |
| 579 | 3.5 | UNK | CONTRAC 2 (UNREADABLE) ?   (QIC) (INTERNET DOWNLOAD FILES) |
| 580 | 3.5 | UNK | TRASER FOR WINDOWS (UNREADABLE) ? (.QIC) " |
| 581 | 3.5 | — | SMC    DISK 3 |
| 582 | 3.5 | BK | LOTUS AMIPRO  DISK 2 (UNREADABLE) ? |
| 583 | 3.5 | UNK | CMAS SERVICE PLUS  (UNREADABLE) ? |
| 584 | 3.5 | — | GNN |
| 585 | 3.5 | BLANK | QUICKLINK DISK 1 |
| 586 | 3.5 | NF | UPS ONLINE   (UNREADABLE) ? |
| 587 | 3.5DD | — | AUDIO CLIPS STAR TREK |
| 588 | 3.5 | — | NETCOM NETCRUISER |
| 589 | 3.5 | NF | DOS 6 DISK 1    (UNREADABLE) ? |
| 590 | 3.5 | UNK | ADD PARTS SERVICE (UNREADABLE) ? (WOW. R11) |
| 591 | 3.5 | BLANK | FONVIEW |
| 592 | 3.5 | BLANK | GNN |
| 593 | 3.5DD | BLANK | BORLAND TURBO C++ DISK 1 |
| 594 | 3.5 | CP | SCHWAB STREET SMART DISK 1 |
| 595 | 3.5 | — | SQL WINDOWS SOLO   DISK 3 |
| 596 | 3.5 | B — | "           DISK 4 |
| 597 | 3.5 | BLANK | GNN |
| 598 | 3.5 | UNK | GNN     (UNREADABLE) ? (.QIC) INTERNET DOWNLOAD FILES |
| 599 | 3.5 | — | GNN |
| 600 | 3.5 | — | SQLWINDOWS SOLO  DISK 9 |
| 601 | 3.5 | IPR | TURBO C+ DISK 2   (IPR) |
| 602 | 3.5 | — | DOS V6.2 BOOT   [VIRUS] |
| 603 | 3.5 | — | ∅ |
| 604 | 3.5 | — | BLANK |

426
427

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 605 | 3.5 | IPR | DOS 6.0 INSTALL    (IPR)  DISK 3 |
| 606 | 3.5 | BLANK | PROCUM FOR DOS    (IPR) |
| 607 | 3.5 | BK | 51    (UNREADABLE) ? |
| 608 | 3.5 | BK | 34    (UNREADABLE) ?    (UNREADABLE) |
| 609 | 3.5 | UNK | APOGEE/BLAKE STONE  VIRUS  (QIC)  INTERNET DOWNLOAD FILES |
| 610 | 3.5 | UNK | COMPU SOURCE (UNREADABLE) (QIC)  INTERNET DOWNLOAD FILES |
| 611 | 3.5DD | NF | RIVERS PLUMBING |
| 612 | 3.5 | — | W95 START UP  [VIRUS] |
| 613 | 3.5 | NF | ACCESS DATA! MDB (UNREADABLE) |
| 614 | 3.5 | BLANK | ACCESS·  DISK 2  (IPR) |
| 615 | 3.5 | BK | 24    (UNREADABLE)  ? |
| 616 | 3.5 | BK | CC71208A.001    (UNREADABLE)? |
| 617 | 3.5 | — | DAVID ALTMAN |
| 618 | 3.5 | BK | 61    (UNREADABLE)  ? |
| 619 | 3.5 | AP | GIFS DISK 004/NUDES.001 |
| 620 | 3.5 | AP | GIFS DISK 012/NASTY STUFF 001 |
| 621 | 3.5 | — | 35 |
| 622 | 3.5 | AP | GIFS DISK 003/LESBIANS 001 |
| 623 | 3.5 | AP | GIFS DISK 001/BEAUTIFUL WOMEN 001 |
| 624 | 3.5 | AP | GIFS DISK 002/GROUP SEX 001 |
| 625 | 3.5 | BK | 26    (UNREADABLE)  ? |
| 626 | 3.5 | AP | GIFS DISK 014/NUDES 003 |
| 627 | 3.5DD | UNK | UTILITIES DISK (UNREADABLE)? |
| 628 | 3.5 | — | MISC. BMPS, DOCS & ICONS |
| 629 | 3.5 | — | DOS 6  DISK 4  [VIRUS] |
| 630 | 3.5 | — | UNINSTALL#1 |
| 631 | 3.5 | — | DOS 6  DISK 2 |
| 632 | 3.5DD | — | SILPHEED  DISK 2 |
| 633 | 3.5 | — | DISTRIBUTED SNIFFER SYSTEM / DEMO DISK |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 634 | 3.5 | — | PDX WIN (3) |
| 635 | 3.5 ₂₀ | — | STAR TREK |
| 636 | 3.5 | NF | SOUND GALAXY STELLAR DISK 3 |
| 637 | 3.5 | BLANK | WRK BACKUP |
| 638 | 3.5 | — | OLD TECH PAY 2 |
| 639 | 3.5 | IPR | MS WIN/WORKGROUPS DISK 6 (IPR) |
| 640 | 3.5 | — | ΣMF |
| 641 | 3.5 | — | DB WINFILE IP HACK (CRASHED SYSTEM) |
| 642 | 3.5 | NF | FH 1108 (UNREADABLE) ? |
| 643 | 3.5 | NF | SHIP PICS (UNREADABLE) ? |
| 644 | 3.5 | AP | GIF DISK 013/LESBIANS CC2 |
| 645 | 3.5 | — | DISK OF DAILY UTILITIES |
| 646 | 3.5 | UNK | LAN ADAPTER (UNREADABLE) ? (.RCD) |
| 647 | 3.5 | — | WIN TRUETYPE FONTS DISK 3 |
| 648 | 3.5 | UNK | 43 (UNREADABLE) ? (+ ΣΣΝ. R13) |
| 649 | 3.5 | UNK | 50 (UNREADABLE) ? |
| 650 | 3.5 | UNK | 5 (UNREADABLE) ? (INTERNET DOWNLOAD FILES) |
| 651 | 3.5 | NF | THINK QUICK STORAGE (UNREADABLE)? |
| 652 | 5.25 | NF | LODE RUNNER |
| 653 | 5.25 | NF | SAT. PREP QUANTITATIVE COMPARISONS |
| 654 | 5.25 | NF | BOULDER DASH . . . |
| 655 | 5.25 | NF | TRACK & FIELD |
| 656 | 5.25 | NF | AUTORUN.S #5 IV |
| 657 | 5.25 | NF | MATH UFO / MONKEY UP A TREE |
| 658 | 5.25 | NF | DONKEY KONG . . . |
| 659 | 5.25 | NF | MR ROBOT - - - |
| 660 | 5.25 | NF | FROGGER . . . |
| 661 | 5.25 | NF | ONCONONE . . . |
| 662 | 5.25 | NF | DRAGON RIDERS OF PERN . . . |

| # | Type | Copied | Comment |
|---|---|---|---|
| 663 | 5.25 | NF | TIR SUPPORT . . . |
| 664 | 5.25 | NF | GAMES . . . |
| 665 | 5.25 | NF | PITFALL . . . |
| 666 | 5.25 | NF | MICROPAINTER . . . |
| 667 | 5.25 | NF | MIG ALLEY ACE . . . |
| 668 | 5.25 | NF | PAINT . . . |
| 669 | 5.25 | NF | JUKEBOX #1 . . . |
| 670 | 5.25 | NF | SAT PREP VOCABULARY BUILDER . . . |
| 671 | 5.25 | VF | SKIING . . . |
| 672 | 5.25 | NF | GUMBALL . . . |
| 673 | 5.25 | NF | ATARI WRITER . . . |
| 674 | 5.25 | NF | BOULDERS . . . |
| 675 | 5.25 | NB - | COMPAQ MS-DOS . . . |
| 676 | 5.25 | NB - | LEMMINGS |
| 677 | 5.25 | NB - | LOGITECH MOUSE |
| 678 | 5.25 | NB - | LOGITECH MOUSE |
| 679 | 5.25 | NB - | GAMES: TETRIS |
| 680 | 5.25 | NB - | MICROSOFT MOUSE |
| 681 | 5.25 | NB - | BLANK |
| 682 | 5.25 | NB - | IBM DOS 5.0 |
| 683 | 5.25 | NB - | BLANK |
| 684 | 5.25 | NB - | BLANK [VIRUS] |
| 685 | 5.25 | NB - | BLANK [VIRUS] |
| 686 | 5.25 | NB - | BLANK |
| 687 | 5.25 | NB - | D PAINT / MASTER / PICTURES |
| 688 | 5.25 | NB - | SIMUSEX BLANK |
| 689 | 5.25 | NB - | MS VISUAL BASIC |
| 690 | 5.25 | NB - | SIMUSEX |
| 691 | 5.25 | NB - | ADULT GAMES |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 692 | 5.25 | NF AR | STRIP BLACKJACK |
| 693 | 5.25 | NF | DOUG'S GIRLS |
| 694 | 5.25 | NF | BLANK |
| 695 | 5.25 | NF | GAMES |
| 696 | 5.25 | BLANK NF | BLANK |
| 697 | 5.25 | NF | GAMES |
| 698 | 5.25 | NF | DOUG'S WORD FILES |
| 699 | 5.25 | NF | PIANO MAN |
| 700 | 5.25 | NF | SILPHEED        DISK 1 |
| 701 | 5.25 | NF | ''              DISK 2 |
| 702 | 5.25 | NF | ''              DISK 3 |
| 703 | 5.25 | NF | ''              DISK 4 |
| 704 | 5.25 | NF IPR | LEATHER GODDESSES OF PHOBOS |
| 705 | 5.25 | NF | MS VISUAL BASIC |
| 706 | 5.25 | NF IPR | BOULDER DASH |
| 707 | 5.25 | NF IPR | LARRY 3  DISK 1 |
| 708 | 5.25 | NF IPR | LARRY 3  DISK 2 |
| 709 | 5.25 | NF IPR | LARRY 3  DISK 3 |
| 710 | 5.25 | IPR NF | DAVID CR. BYE SAVE |
| 711 | 5.25 | NF | IGA 16 TTL DISK UTILITIES |
| 712 | 5.25 | NF | DEMONSTALKERS LEVELS |
| 713 | 5.25 | NF | DOS DISKS. 1 |
| 714 | 5.25 | BLANK NF | BLANK |
| 715 | 5.25 | NF | STAR TREK |
| 716 | 5.25 | NF | LOGITECH MOUSE |
| 717 | 5.25 | UNK | PROCOMM (UNREADABLE) ? |
| 718 | 5.25 | NF | BLANK |
| 719 | 5.25 | — | MICROSOFT MOUSE |
| 720 | 5.25 | IPR | BLANK |

| # | Type | Copied | Comment |
|---|------|--------|---------|
| 721 | 5.25 | I PR | MOUSE DRIVER & MENUMAKER |
| 722 | 5.25 | IPR | BOULDER DASH /ORIGICAVES |
| 723 | 5.25 | IPR | READ |
| 724 | 5.25 | BLANK | LEISURE SUIT LARRY |
| 725 | 5.25 | — | DEMONSTALKERS /GRAPHICS |
| 726 | 5.25 | NF | DEMONSTALKERS |
| 727 | 5.25 | — | STAR TREK |
| 728 | 5.25 | BLANK | BLANK |
| 729 | 5.25 | | BLANK |
| 730 | 5.25 | | BLANK |
| 731 | 5.25 | | BLANK |
| 732 | 5.25 | | BLANK |
| 733 | 5.25 | | BLANK |
| 734 | 5.25 | | BLANK |
| 735 | 5.25 | | BLANK |
| 736 | 5.25 | | BLANK |
| 737 | 5.25 | | BLANK |
| 738 | | | |
| 739 | | | |
| 740 | | | . |
| 741 | | | |
| 742 | | | |
| 743 | | | |
| 744 | | | |
| 745 | | | |
| 746 | | | |
| 747 | | | |
| 748 | | | |
| 749 | | | |