In The United States District Court
For The Southern District Of Florida
Miami Division

David I. Altman,            )
   Petitioner,              )
                            )
v.                          )   Case #: 00-6284-CR-LENARD / SIMONTON
                            )
UNITED STATES OF AMERICA,   )
   Respondent.              )
_____/

### Traverse To Government's Response

    **COMES NOW** the Petitioner, David I. Altman, PRO SE, bringing his Traverse to the Government's Response.

    The Government has provided a partial list of floppy disks which it intends to return to the Petitioner, not sending, of course, disks which contain any type of pornographic material, or disks which violate copyright laws. However, the Petitioner believes that at least one beige 3.5" floppy disk may be missing: One labeled "Marine." Now it is entirely possible that the Petitioner's memory is faulty, and no disk was labeled as such; however, it would not take very much time to ascertain as to the presence or absence of such a disk.

    Additionally, there is the matter of the Jazz disks. The first is unimportant; it contains <u>only</u> pornography. The second, however, contains <u>only</u> program files (Microsoft Office, CorelDRAW, AutoCAD, and so on. These programs are backups of software the Petitioner purchased, and is entitled to keep a backup copy of; the Petitioner therefore requests that the Government provide either the disk itself or its contents.

1



Furthermore, the Petitioner wants to ensure that specific disks are provided to him by the Government, as listed on the attachment to this Traverse. There are certain disks which the Government may believe it can withhold; however, these disks (marked as Intellectual Property Rights violations) were either purchased by the Petitioner or obtained though other lawful means, and cannot be withheld.

Finally, there is the matter of the Petitioner's hard disk drives. To make the process easier, the Petitioner affirmatively states that he wants one – and only one – type of file from the hard disk drives: Microsoft Word (.DOC) files. These files may be given on disk, or printed out; the form isn't important, but the content is. It should be relatively easy to perform a search for such files and then print them or copy them and provide them to the Petitioner. The time frame of two weeks to one month will be sufficient. There may also be a music CD in the Petitioner's CD-ROM Drive; the Petitioner is uncertain, but that disk should be returned, as well as the Win98 Install CD-ROM.

The above should inform the Court and the Government of all actions which need to be taken in this matter. If either the Court or the Government has any questions or concerns about any of the Petitioner's statements or requests, they should contact him immediately.

**WHEREFORE:** The Petitioner, David I. Altman, PRO SE, respectfully requests that the Government provide the disks listed in the Attachment to this Traverse, and to provide the files and CD's requested herein.

Copy Served on County District Attorney

Respectfully Submitted,

David I. Altman, PRO SE
Reg. No. 55477-004  Durham-B
Low Security Correctional Institution
P.O. Box 999 Butner, NC 27509-0999

### List Of Disks The Government Should Return

| Disk #: | Code | Description |
|---|---|---|
| 11 | --- | PVI 486 SP3 / Supporting Diskette[1] |
| 12 | --- | Netware[2] |
| 24 | IPR | Conner HD Driver[1] |
| 25 | IPR | Conner HD Install[1] |
| 28 | IPR | Chinese Chess[3] |
| 29 | IPR | MS-DOS 4.01[4] |
| 33 | --- | DLL[2] |
| 34 | --- | Resume[6] |
| 48 | --- | Excel Sheet IRS Penalty Schedule[5] |
| 72 | --- | Borland QPro Advisor[2] |
| 87 | IPR | Calendar Creator+[2] |
| 88 | BK | Calendar Creator+[2] |
| 96 | IPR | LM 5/5[3] |
| 97 | IPR | LM 4/5[3] |
| 98 | NF | LM 3/5[3] |
| 99 | IPR | LM 2/5[3] |
| 100 | IPR | LM 1/5[3] |
| 106 | IPR | Wired For Sound / Win Disk 4[3] |
| 107 | IPR | Wired For Sound / Win Disk 3[3] |
| 108 | IPR | Wired For Sound / Win Disk 2[3] |
| 109 | IPR | Wired For Sound / Win Disk 1[3] |
| 161 | IPR | Ani Cursors[3] |
| 164 | IPR | WinProbe 1/1[3] |
| 169 | NF | A Star To Steer Her By[6] |
| 170 | IPR | Files: Arton, Bridge, Dream[6] |
| 172 | NF | Dreams, TLC, Freedom, 1 Carol[6] |
| 155 | IPR | PageMagic 5/5[3] |
| 185 | IPR | PageMagic 4/5[3] |
| 186 | IPR | PageMagic 3/5[3] |
| 187 | IPR | PageMagic 2/5 |
| 188 | IPR | PageMagic 1/5[3] |
| 189 | IPR | WhereAbouts Deluxe Disk 3[3] |
| 190 | IPR | WhereAbouts Deluxe Disk 2[3] |
| 191 | IPR | WhereAbouts Deluxe Disk 1[3] |
| 193 | UNK | Reflection[3] |
| 210 | --- | Mitsumi CD Driver[1] |
| 211 | --- | Mitsumi Disk Detective[3] |
| 212 | --- | Phillips LNS Driver[1] |
| 213 | --- | Reveal SC5.00 Disk 3[2] |
| 214 | --- | Reveal SC5.00 Disk 2[2] |
| 215 | --- | Reveal SC5.00 Disk 1[3] |
| 216 | --- | BTC CD Driver[1] |
| 217 | --- | SoftRam95[2] |
| 218 | --- | PC ProPad6[2] |
| 219 | --- | Eide Max[3] |
| 220 | --- | Canon TrueType[2] |
| 221 | --- | Canon BJC-600E Disk 3[2] |
| 222 | --- | Canon BJC-600E Disk 2[2] |

| Disk #: | Code | Description |
| --- | --- | --- |
| 223 | --- | Canon BJC-600E Disk 1[2] |
| 250 | --- | Unable to understand writing[5] |
| 254 | NF | HDSR[5] |
| 255 | --- | Word Files / Games[5] |
| 260 | --- | Work Startup[4] |
| 268 | --- | ATI, Ltd.[5] |
| 272 | NF | SMC PCI Lan Adapters[1] |
| 273 | --- | Lan Adapter[1] |
| 274 | --- | Encore - ESL 835 TB[3] |
| 287 | --- | PC Concepts[3] |
| 288 | --- | MS-DOS V 6.2[4] |
| 290 | IPR | Paintshop PRO v 4.21 Disk 3[3] |
| 291 | UNK | Paintshop PRO v 4.21 Disk 2[3] |
| 316 | --- | Jaz Install[2] |
| 318 | --- | PC Tools[3] |
| 319 | --- | Star Trek Font Pack[2] |
| 320 | --- | Star Trek Font Pack[2] |
| 321 | --- | Final Project / Simon[5] |
| 324 | --- | Star Trek[5] |
| 326 | --- | Ethernet Adapter Driver[1] |
| 328 | --- | Borland Visual Solutions Pack Install[2] |
| 329 | --- | Borland Visual Solutions Pack Disk 2[2] |
| 331 | --- | Seagate Disk Manager[5] |
| 332 | --- | ATI, Ltd. Misc. Driver Disk[1] |
| 336 | --- | Reveal Tool kit[2] |
| 337 | --- | Soundblaster 16[1] |
| 338 | --- | Soundblaster 16[1] |
| 350 | --- | PSI Interramp[5] |
| 351 | --- | Cheyenne Bitware[3] |
| 355 | --- | Jakarta Disk 1[2] |
| 356 | --- | Jakarta Disk 2[2] |
| 357 | --- | Jakarta Disk 3[2] |
| 370 | --- | Voice Assist[3] |
| 371 | IPR | Text Assist[3] |
| 386 | --- | Blank Label[3] |
| 393 | --- | Blank Label[5] |
| 400 | --- | Blank Label[5] |
| 551 | --- | Stationary Store Disk 2[2] |
| 552 | --- | Stationary Store Disk 1[2] |
| 553 | --- | Action Arcade[2] |
| 554 | --- | Doom Soundblaster[2] |
| 558 | --- | Quicklink[2] |
| 560 | --- | Ray Tracing Creations[2] |
| 561 | --- | SQL Win Solo[2] |
| 562 | --- | Power Programming[2] |
| 565 | --- | Long Filenames[2] |
| 566 | --- | Stardate[2] |
| 571 | --- | SQL Win Solo[2] |
| 573 | --- | Borland Visual Solutions Pack[2] |
| 429 | --- | Wedding Workshops[2] |

| Disk #: | Code | Description |
|---|---|---|
| 430 | --- | Doom$^2$ |
| 431 | --- | Street Fighter$^2$ |
| 432 | --- | Doom$^2$ |
| 433 | --- | Disk Manager$^3$ |
| 434 | --- | QuickLink$^2$ |
| 435 | --- | Crossword Construction$^2$ |
| 436 | --- | MyHouse$^2$ |
| 438 | --- | Audio Clips Star Trek$^2$ |
| 439 | --- | Maxtor MaxBlast Disk Manager$^1$ |
| 443 | --- | Silpheed Disk 1$^2$ |
| 444 | --- | SQL Windows Solo Disk 7$^2$ |
| 445 | --- | SQL Windows Solo Disk 5$^2$ |
| 446 | --- | SQL Windows Solo Disk 6$^2$ |
| 447 | --- | SQL Windows Solo Disk 8$^2$ |
| 453 | --- | C Programming Disk$^5$ |
| 454 | --- | Doom$^2$ |
| 455 | --- | Sound Galaxy Stellar Disk 2$^2$ |
| 456 | --- | Sound Galaxy Stellar Disk 1$^2$ |
| 458 | ? | Win 3.1 Drivers HP Laserjet Disk 1$^2$ |
| 476 | --- | Lemmings$^2$ |
| 482 | IPR | DOS 6.0 Install Disk 2$^4$ |
| 491 | --- | C++ / Basic / Assembly Files$^5$ |
| 493 | --- | Printer Card$^1$ |
| 494 | --- | Basic Club & Mouse$^5$ |
| 499 | --- | Link's Awakening Pics$^3$ |
| 518 | --- | Resumes$^5$ |
| 520 | --- | IC Verify / DOS$^3$ |
| 538 | --- | TC Files / Basic Files$^5$ |
| 539 | --- | Apply 2.CDR / Signature.JPG / Signature2.JPG$^5$ |
| 540 | --- | Jason's Disk$^5$ |
| 541 | --- | Link's Awakening Pics 1-4$^3$ |
| 542 | --- | Zoomer$^3$ |
| 543 | --- | June 1, 1997 / Wedding Invitations / CorelDRAW 5$^5$ |
| 545 | --- | Ship Items / Morgan$^5$ |
| 547 | --- | Programs for you$^3$ |
| 413 | IPR | Blank label$^3$ |
| 423 | --- | Stardate$^2$ |
| 587 | --- | Audio Clips Star Trek$^2$ |
| 588 | --- | Netcom Netcruiser$^2$ |
| 595 | --- | SQL Windows Solo Disk 3$^2$ |
| 596 | --- | SQL Windows Solo Disk 4$^2$ |
| 600 | --- | SQL Windows Solo Disk 4$^2$ |
| 617 | --- | David Altman$^5$ |
| 627 | --- | Utilities Disk$^3$ |
| 628 | --- | Misc. BMP's, Docs & Icons$^5$ |
| 632 | --- | Silpheed Disk 2$^2$ |
| 635 | --- | Star Trek$^2$ |
| 640 | --- | EMF$^2$ |
| 643 | NF | Ship Pics$^5$ |
| 645 | --- | Disk of Daily Utilities$^3$ |

3

| Disk #: | Code | Description |
|---|---|---|
| 646 | --- | Lan Adapter[1] |
| 647 | --- | Win Truetype Fonts Disk 3[3] |
| 695 | --- | Games[3] |
| 698 | NF | Doug's Word Files[5] |
| 700 | --- | Silpheed Disk 1[2] |
| 701 | --- | Silpheed Disk 2[2] |
| 702 | --- | Silpheed Disk 3[2] |
| 703 | --- | Silpheed Disk 4[2] |
| 711 | --- | VGA TTL Disk Utilities[1] |
| 715 | --- | Star Trek[2] |
| 715 | --- | Logitech Mouse[1] |
| 719 | --- | Microsoft Mouse[1] |
| 720 | IPR | Blank Label[3] |
| 721 | IPR | Mouse Drivers / Menu Maker[3] |
| 722 | IPR | Boulder Dash / Origicaves[2] |
| 727 | --- | Star Trek[2] |
| 654 | NF | Boulder Dash[2] |

Notes:

[1] Driver Disk   [2] Software that was purchased

[3] Freeware / Shareware (downloaded or purchased)   [4] Operating System disk

[5] Other software - most of this was personally created by me.

Any items marked "IPR" are either legitimate backups of software I've purchased, downloaded (freeware/shareware) off the internet, or other legitimately owned software, which cannot be withheld.