In The United States District Court
For The Southern District Of Florida
Miami Division

David I. Altman,                )
    Petitioner,                 )
                                )
v.                              )   Case #:  00-6284-CR-LENARD/SIMONTON
                                )
UNITED STATES OF AMERICA,       )
    Respondent.                 )
                                /

<u>Motion To Enforce Court Order</u>

**COMES NOW** the Petitioner, David I. Altman, PRO SE, before this Honorable Court, and respectfully presents his Motion To Enforce Court Order in the above-captioned matter.

Last year, the Petitioner submitted a Motion to this Court pursuant to <u>Fed. Rules of Crim. Proc.</u>, Rule 41(a), for return of property. Attached to this Motion is a list of property the Petitioner is seeking. The District Court granted the Petitioner's Motion For Return Of Property, and gave the Government approximately six months to gather the property together, which the Petitioner agreed was a reasonable time.

Following that six month period, the District Court then closed the matter as being "moot," because the Government was apparently complying with the Court's Order. However, the Petitioner, via this Motion, wishes to make the Court aware that the Government is **not** substantially in compliance with the Court's Order.

As of the date of this Motion, the Government has returned to the Petitioner five (5) floppy disks. This is out of more than 170 disks which are the Petitioner's lawful property, which do not contain illegal information or other problematic

1

material.

The Petitioner has forwarded a letter to Mr. Neil Karadbil, Esq., the Assistant U.S. Attorney associated with this case, on two occasions, Once on March 2, 2005 and again in June 2005. Neither letter was answered. The list attached to this Motion is the same list which was forwarded to Mr. Karadbil. The list of floppy disks is fundamentally the same list which was compiled by the Federal Bureau of Investigations (FBI) during their inventory of the Petitioner's property.

However, the Petitioner has gone through that list and selected only those disks which he wants returned, and only those disks which he knows are his lawful property and which do not contain illegal information or disks which are not protected under copyright. The list has been broken down into six categories, which are explained at the end of the list. The purpose of these categories was to explain not only the contents of the disks (as to assuage any concerns the Government might have), but also to eliminate any confusion.

Several disks were marked by the FBI as "IPR," as being, they believed, illegal copies of copyrighted programs. However, copyright law permits a user of a program to make one backup copy of purchased software; many of the disks so marked are legitimate, permitted backup copies of software purchased by the Petitioner. Other such disks are copies of shareware / freeware which the Petitioner downloaded off the internet; this shareware / freeware, although copyrighted by the authors, is permitted to be copied innumerable times, and therefore those programs are legitimate copies and cannot be denied.

It has been more than four years since the Petitioner was convicted in this Court. The Petitioner is tired of the FBI and the Government stalling, making excuses, and otherwise working devious machinations to continue to deprive the Petitioner of his lawful property. The Petitioner is seeking only that property which is lawfully his, and which bears no connection to the crime of conviction. If the FBI or Government has a specific complaint about a specific disk, they should elaborate such, and the Petitioner will discuss same, whether by letter or through the offices of this Honorable Court.

One thing remains clear, however. The provisions of Fed. Rules of Civ. Proc., Rule 41(a) cannot be blithely ignored. This Court has Ordered that the Petitioner's property be returned. The Petitioner avers that it is high time that the Government comply with that Order.

**WHEREFORE:** For all the foregoing reasons, the Petitioner, David I. Altman, PRO SE, respectfully urges this Honorable Court to issue an Order consistent with the Petitioner's complaint as set forth above and in conjunction with the prior Order of the Court, and thus mandate that the Government return the Petitioner's property in a timely manner.

Following the entry of this Order, should the Government not comply with the previous Order and/or current order within twenty (20) business days, the Petitioner will have no choice but to enter civil suit against the Government for monetary damages. The Petitioner sincerely hopes that such a drastic step will not become necessary.

Respectfully Submitted,

David I. Altman, PRO SE
Reg. No. 55477-004   Durham-B
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509-0999

**List Of Disks The Government Should Return**

| Disk # | Code | Description |
|---|---|---|
| 169 | NF | A Star To Steer Her By[6] |
| 553 |  | Action Arcade[1] |
| 161 | IPR | Ani Cursors[3] |
| 539 |  | Apply 2.CDR/Signature.JPG/Signature2.JPG[5] |
| 268 | NF | ATI, Ltd.[1] |
| 332 |  | ATI, Ltd. Misc. Driver Disk[1] |
| 438 |  | Audio Clips Star Trek[2] |
| 587 |  | Audio Clips Star Trek[2] |
| 494 |  | Basic Club & Mouse[5] |
| 413 | IPR | Blank Label[3] |
| 720 | IPR | Blank Label[3] |
| 386 | IPR | Blank Label[5] |
| 393 |  | Blank Label[5] |
| 400 |  | Blank Label[5] |
| 72 |  | Borland QPro Advisor[2] |
| 328 |  | Borland Visual Solutions Pack Install[2] |
| 329 |  | Borland Visual Solutions Pack Install[2] |
| 573 |  | Borland Visual Solutions Pack[2] |
| 722 | IPR | Boulder Dash / Origicaves[2] |
| 654 | NF | Boulder Dash[2] |
| 216 |  | BTC CD Driver[1] |
| 453 |  | C Programming Disk[5] |
| 491 |  | C++/Basic/Assembly Files[5] |
| 87 | IPR | Calendar Creator+[2] |
| 88 | BK | Calendar Creator+[2] |
| 223 |  | Canon BJC-600E Disk 1[2] |
| 222 |  | Canon BJC-600E Disk 2[2] |
| 221 |  | Canon BJC-600E Disk 3[2] |
| 220 |  | Canon TrueType[2] |
| 351 |  | Cheyenne Bitware[3] |
| 28 | IPR | Chinese Chess[3] |
| 24 | IPR | Conner HD Driver[1] |
| 25 | IPR | Conner HD Install[1] |
| 435 |  | Crossword Construction[2] |
| 617 |  | David Altman[5] |
| 433 |  | Disk Manager[2] |
| 645 |  | Disk of Daily Utilities[3] |
| 33 |  | DLL[2] |
| 554 |  | Doom Sound[...] |
| 430 |  | [illegible] |

*Image reflects quality of original submission*

## List Of Disks The Government Should Return

| Disk # | Code | Description |
|---|---|---|
| 219 | | Eide Max[3] |
| 640 | | EMF[2] |
| 274 | | Encore-ESL 835 TB[3] |
| 326 | | Ethernet Adapter Driver[1] |
| 48 | | Excel Sheet IRS Penalty Schedule[6] |
| 170 | IPR | Files: Arton, Bridge, Dream[6] |
| 321 | | Final Project/ Simon[5] |
| 695 | | Games[3] |
| 254 | NF | HDSR[5] |
| 520 | | IC Verify/DOS[3] |
| 355 | | Jakarta Disk 1[2] |
| 356 | | Jakarta Disk 2[2] |
| 357 | | Jakarta Disk 3[2] |
| 540 | | Jason's Disk[5] |
| 316 | | Jaz Install[2] |
| 543 | | June 1, 1997/Wedding Invitations/Core DRAW 5[5] |
| 273 | | Lan Adapter[1] |
| 646 | | Lan Adapter[1] |
| 476 | | Lemmings[2] |
| 541 | | Link's Awakening Pics 1-4[3] |
| 499 | | Link's Awakening Pics[3] |
| 100 | IPR | LM 1/5[3] |
| 99 | IPR | LM 2/5[3] |
| 98 | NF | LM 3/5[3] |
| 97 | IPR | LM 4/5[3] |
| 96 | IPR | LM 5/5[3] |
| 716 | | Logitech Mouse[1] |
| 565 | | Long Filenames[2] |
| 439 | | Maxtor MaxBlast Disk Manager[1] |
| 719 | | Microsoft Mouse[1] |
| 628 | | Misc. BMP's, Docs & Icons[5] |
| 210 | | Mitsumi CD Driver[1] |
| 211 | | Mitsumi Disk Detective[3] |
| 721 | IPR | Mouse Drivers / Menu Maker[3] |
| 288 | | MS_DOS V 6.2[4] |
| 29 | IPR | MS-DOS 4.01[4] |
| 436 | | MyHouse[2] |
| 588 | | Netcom Netcruiser[2] |
| 12 | | Netware |
| 188 | IPR | Page Magic 1/5[3] |
| 187 | IPR | Page Magic 2/5 |
| 186 | IPR | Page Magic 3/5[3] |
| 185 | IPR | Page Magic 4/5[3] |
| 155 | IPR | Page Magic 5/5[3] |
| 291 | UNK | Paintshop PRO v4.21 Disk 2[3] |

## List Of Disks The Government Should Return

| Disk # | Code | Description |
|---|---|---|
| 290 | IPR | Paintshop PRO v4.21 Disk 3[3] |
| 287 | | PC Concepts[3] |
| 218 | | PC ProPad6[2] |
| 318 | | PC Tools[3] |
| 212 | | Phillips LNS Driver[1] |
| 562 | | Power programming[2] |
| 493 | | Printer card[1] |
| 547 | | Programs For You[3] |
| 350 | | PSI Interramp[5] |
| 11 | | PVI 486 SP3 / Supporting Diskette |
| 434 | | Quicklink[2] |
| 558 | | Quicklink[2] |
| 560 | | Ray Tracing Creations [2] |
| 193 | UNK | Reflection[3] |
| 34 | | Resume[6] |
| 518 | | Resumes[6] |
| 215 | | Reveal SC5.00 Disk 1[2] |
| 214 | | Reveal SC5.00 Disk 2[2] |
| 213 | | Reveal SC5.00 Disk 3[2] |
| 336 | | Reveal Toolkit[2] |
| 331 | | Seagate Disk Manager[5] |
| 545 | | Ship Items/Morgan[5] |
| 643 | NF | Ship Pics[5] |
| 443 | | Silpheed Disk 1[2] |
| 700 | | Silpheed Disk 1[2] |
| 632 | | Silpheed Disk 2[2] |
| 701 | | Silpheed Disk 2[2] |
| 702 | | Silpheed Disk 3[2] |
| 703 | | Silpheed Disk 4[2] |
| 272 | | SMC PCI Lan Adapters[1] |
| 217 | | SoftRam 95[2] |
| 456 | | Sound Galaxy Stellar Disk 1[2] |
| 455 | | Sound Galaxy Stellar Disk2[2] |
| 337 | | SoundBlaster 16[1] |
| 338 | | SoundBlaster 16[1] |
| 561 | | SQL Win Solo[2] |
| 571 | | SQL Win Solo[2] |
| 595 | | SQL Windows Solo Disk 3[2] |
| 596 | | SQL Windows Solo Disk 4[2] |
| 600 | | SQL Windows Solo Disk 9[2] |
| 445 | | SQL Windows Solo Disk 5[2] |
| 446 | | SQL Windows Solo Disk 6[2] |
| 444 | | SQL Windows Solo Disk 7[2] |
| 447 | | SQL Windows Solo Disk 8[2] |
| 319 | | Star Trek Font Pack[2] |

## List Of Disks The Government Should Return

| Disk # | Code | Description |
|---|---|---|
| 320 | | Star Trek Font Pack[2] |
| 635 | | Star Trek[2] |
| 715 | | Star Trek[2] |
| 727 | | Star Trek[2] |
| 324 | | Star Trek[5] |
| 423 | | Stardate[2] |
| 566 | | Stardate[2] |
| 552 | | Stationary Store Disk 1[2] |
| 551 | | Stationary Store Disk 2[2] |
| 431 | | Street Fighter[2] |
| 538 | | TC Files/Basic Files[5] |
| 371 | | Text Assist[3] |
| 250 | | Unable to understand writing[5] |
| 627 | | Utilities Disk[3] |
| 711 | | VGA TTL Disk Utilities[1] |
| 370 | | Voice Assist[3] |
| 429 | | Wedding Workshops[2] |
| 191 | IPR | Whereabouts Deluxe Disk 1[3] |
| 190 | IPR | Whereabouts Deluxe Disk 2[3] |
| 189 | IPR | Whereabouts Deluxe Disk 3[3] |
| 458 | | Win 3.1. Drivers HP LaserJet Disk 1[2] |
| 647 | | Win Truetype Fonts Disk[3] |
| 164 | IPR | Winprobe1/1[3] |
| 109 | IPR | Wired for Sound/Win Disk 1[3] |
| 108 | IPR | Wired for Sound/Win Disk 2[3] |
| 107 | IPR | Wired for Sound/Win Disk 3[3] |
| 106 | IPR | Wired for Sound/Win Disk 4[3] |
| 255 | | Word Files/Games[5] |
| 260 | | Work Startup |
| 542 | | Zoomer[3] |

[1] Other software – most of this was personally created by me.
[2] Software that was purchased.
[3] Driver Disk.
[4] Word / Excel Files I created.
[5] Freeware / Shareware (downloaded or purchased).
[6] Operating System disk.

Any items marked "IPR" are either legitimate backups of software I've purchased, downloaded (shareware / freeware) off the internet, or other legitimately owned software, which cannot be withheld.

In The United States District Court
For The Southern District Of Florida
Miami Division

| | |
|---|---|
| David I. Altman,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>)<br>)   Case #:  00-6284-CR-LENARD/SIMONTON<br>)<br>)<br>)<br>) |

## Certificate Of Service

I, David I. Altman, PRO SE, the Petitioner herein, hereby certify that on this 26 day of July, 2005, a true and correct copy of the foregoing Motion To Enforce Court Order was delivered to Prison Authorities for mailing to the parties below, by placing same in an envelope with first-class postage prepaid affixed thereto, and addressing to:

United States District Court
301 N. Miami Ave.
Miami, FL 33128

Assistant U.S. Attorney
Neil Karadbil, Esq.
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33401

I swear under penalty of perjury that the foregoing is true and correct. Executed this 26 day of July, 2005.

Respectfully Submitted,

David I. Altman, PRO SE
Reg. No. 55477-004  Durham-B
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509-0999