UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-CR-LENARD

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**DAVID I. ALTMAN,**

    Defendant.

_____/

### ORDER OF REFERENCE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **Andrea M. Simonton** to take all necessary and proper action as required by law with respect to **Petitioner's Motion to Enforce Court Order**, filed August 1, 2005, and motions and papers relating thereto.

Pursuant to this referral order, it is also

**ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge assigned to the case on all motions and related papers referred by this order. After receipt of such motion or other related paper, chambers will forward the motion or paper to the chambers of the appropriate Magistrate Judge.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami- Dade County, Florida this ____ day of August,.

                              **JOAN A. LENARD**
                              UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Andrea M. Simonton
       Neil Karadbil, AUSA
       David I. Altman, pro se

