UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6284-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID I. ALTMAN,

    Defendant.
_____/



### CERTIFICATION REGARDING REFERRED CASES

This matter comes before the undersigned *sua sponte*. Pursuant to Administrative Order 2005-9, the undersigned hereby certifies that, as of August 3, 2005, the above-captioned case has no pending, fully briefed, referred motions, and is ready for re-assignment to Magistrate Judge Theodore Klein.

DONE AND ORDERED in Miami, Florida, this 3rd day of August, 2005.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

### ORDER OF MAGISTRATE JUDGE REASSIGNMENT

In accordance with Administrative Order No. 2005-9, the undersigned has reviewed the file in the above-styled case and has determined that the case should be reassigned to United States Magistrate Judge Theodore Klein. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall make such reassignment. It is further

**ORDERED AND ADJUDGED** that all orders of reference entered in the above-styled cases remain in full force and effect except that hereafter Magistrate Judge Theodore Klein shall be responsible for acting pursuant to such orders.

**DONE AND ORDERED** in Miami, Florida, this 4 day of August, 2005.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:    United States Magistrate Judge Andrea M. Simonton
       United States Magistrate Judge Theodore Klein
       All counsel of record

