Neil Karadbil, Esq.  
Assistant U.S. Attorney  
500 E. Broward Blvd., Suite 700  
Ft. Lauderdale, FL 33394

August 26, 2005

00-6284-CR-Lenard/Klein

Dear Mr. Karadbil:

Thank you for your letter of August 22, 2005, which I received yesterday. Quite frankly, I understand and share your concerns regarding several of the disks you have set aside as questionable, and so I will endeavor to eliminate or ease those concerns as much as possible.

I have categorized the 15 disks which you questioned into three distinct categories: 1). Those I want which may need further examination, 2). Those I want which probably will not need further examination, and 3). Those which I do not want at all. I will address each disk specifically by these categories, so that you may take whatever action is necessary.

I do request that you take steps to return the other 150 disks to my legal representative while we are sorting out the questions regarding these 15 disks. My representative is:

> Laurinda Lee Brown  
> 918 W. Lakeside #14  
> Corpus Christi, TX 78418  
> (361) 937-4147

I hope that this letter will address your concerns. If not, please write me back immediately, and I will do whatever I can to ease your concerns further. Here is the list of disks, by category:

- ***Disks I want which may require further processing***

    7).   **# 88**  Program:  *Calendar Creator+*  
    #87 is ***also*** Calendar Creator+; I believe that #87 is the main install disk, and that #88 is the secondary install disk. To confirm this may require the installation of Calendar Creator+ using disk #87. If #88 is not required for a full install, or does not complete the install, then I do not want #88.



```
8).     #172  Not Formatted?
        I'm concerned about this.  I may have formatted this at one
        time; if a recovery from format were performed, and was
        successful, what would be on this disk?  I'm just not
        certain.  If this disk proves to be a problem due to cost,
        please let me know.

9).     #628  This disk contains useful files.
        This may be one of the many defective disks I had, which may
        be why you cannot read the 'DOCS' folder.  Option 1:  Copy
        everything except the 'DOCS' folder to a blank disk, and
        forward that.  Option 2:  Try installing 'MAGIC FOLDERS'
        (Disk #640) and see if, under windows with 'MAGIC FOLDERS'
        installed, you can read the 'DOCS' folder.  If the folder
        can be read and is not a problem, I'd like the contents of
        the folder.  If it cannot be read, well, then, so be it.  If
        it contains problem files, the 'DOCS' folder (but not the
        others) shall be eliminated.

10).    #643  Not Formatted?
        I'm concerned about this.  I may have formatted this at one
        time; if a recovery from format were performed, and was
        successful, what would be on this disk?  I'm just not
        certain.  If this disk proves to be a problem due to cost,
        please let me know.
```

- ***Disks I want which probably do not require further processing***

```
7).     #254  Not Formatted.
        This disk is out-of-the-box new, and has never been
        formatted.

8).     #268  Not Formatted.
        This disk is out-of-the-box new, and has never been
        formatted.
```

- ***Disks which I do not want – now or ever***

```
7).     # 29  One of my many .RAR files
        Probably contains pornography.  Destroy this disk.

8).     #260  One of my many .RAR files
        Probably contains pornography.  Destroy this disk.

9).     #291  Not formatted
        Useless unless recoverable.  Destroy this disk.

10).    #458  Pornography.
        Destroy this disk.

11).    #476  A .DLL file from a strip-poker program.
        Destroy this disk.

12).    #627  Not formatted
        Useless unless recoverable.  Destroy this disk.

13).    #640  Program: Magic Folders
        Shareware which I neither need nor want.  Destroy this disk.

14).    #646  One of my many .RAR files.
        Probably contains pornography.  Destroy this disk.
```

```
15).    #647  One of my many .RAR files
              Probably contains pornography.  Destroy this disk.
```

I hope this list addresses your concerns. The .RAR files (*i.e.*, CCC50531A.004), even though useless without *all* of the files in the set are files I don't want anything to do with, in the event that they might contain pornography.

I am also curious to see if I might get a response from either your office or Ms. Cool's office regarding files from my computer's hard drive. The only files I'm interested in are the Microsoft Word (.DOC) files and the CorelDraw! (.CDR) files. Neither file type is encoded, password protected, encrypted, or otherwise blocked from viewing. They can easily be read to confirm the contents.

If it makes things any easier, a simple hard copy printout of the files can be mailed to me here at the prison. I'm not concerned about the files themselves, *per se*, but the *contents* of the files. I can easily recreate the files themselves once I'm released from prison and have time (and access) to a computer. Such activity will, of course, be reserved for a time when I'm no longer on Supervised Release, and will be constrained to hold my actions within the boundaries of the law.

If you have any further questions or comments, please do not hesitate to contact me immediately at the address below. Thank you in advance for your attention to this matter. I look forward to your prompt response.

Sincerely,

David I. Altman
Reg. No. 55477-004   Durham-B
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509-0999

cc:    U.S. District Court, Miami, Florida