In The United States District Court
For The Southern District Of Florida
Miami Division

00-6284-CR

Case No. ~~00-62854-C~~ / LENARD



ORDER
Granted _____
Denied ✓ without prejudice
Comments May be civil
habeas claim

Dated: 9/6/06
Joan A. Lenard
U. S. District Judge

David I. Altman,
    Petitioner,

v.

United States Of America,
    Respondent.

FILED by ___ D.C.
SEP - 6 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S D OF FLA. - MIAMI

---

**Motion For Relief Pursuant To *Fed. Rules of Civ. Proc.*, Rule 60(b)(4)**

---

David I. Altman, PRO SE
Reg. No. 55477-004 Durham-B
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509-0999