UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# Case No. 00-6284-CR-JAL

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APPEALS
NOV 27 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

David I. Altman,

Plaintiff/Petitioner,

CASE NO. 00-6284-CR-JAL
USCA NO. 06-15276-E

V.

USA,

Defendant/Respondent,

_____/

### CLERK'S NOTICE OF RECEIPT OF APPEAL FILING FEE

The Clerk notifies the Court that on 11/22/06 the filing fee of $ 455.00 was received, receipt number 950269.

DONE at the Federal Courthouse Square, Miami, Florida, this 22nd day of November, 2006.

CLARENCE MADDOX
Court Administrator·Clerk of Court

By: Jay Hamilton
Deputy Clerk

c: US Court of Appeals 11th Circuit
   Appellant

```
Tue Nov 21 16:10:55 2006

   UNITED STATES DISTRICT COURT

   MIAMI         , FL

Receipt No.   100 950269
Cashier         troy

Check Number:  1010

DO Code    Div No
 4600        1

Sub Acct Type Tender      Amount
1:086900  N     2         255.00
2:086400  N     2         200.00

Total Amount      $       455.00

DAVID ISRAEL ALTMAN


NTC OF APPEAL 00CV6284/JAL 06-15376-E CK
#1010
```

RESEARCH TRIANGLE REGION
NC 275
14 NOV 2006 PM 2

Name: David Ahren
Low Security Correctional Institution
Number:
P.O. Box 999
Butner, NC 27509-0999

United States District Court
301 N. Miami Ave.
Miami, FL 33128

33128+7702

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 09, 2006

David Israel Altman (55477-004)
FCI Butner Low
PO BOX 999
BUTNER NC 27509-0999

**Appeal Number: 06-15376-E**
Case Style: David I. Altman v. USA
District Court Number: 00-06284 CR-JAL

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, **this appeal will be dismissed by the clerk without further notice** unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket fee plus $5 filing fee (total $455), with notice to this office, or move in this court for leave to proceed on appeal as a pauper (form enclosed).

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

c: District Court Clerk

DIS-1 (04-2006)