UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

        Case No. 00-6284-Cr-LENARD/SELTZER

    Plaintiff,

vs.

        FORT LAUDERDALE, FLORIDA
        SEPTEMBER 29, 2000

DAVID ALTMAN,

    Defendant.

FILED by CT. REP. D
DEC 0 1 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

REC'D by APPEALS D.C.
DEC 0 4 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TRANSCRIPT OF INITIAL APPEARANCE & BOND HEARING
BEFORE THE HONORABLE BARRY L. SELTZER,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    United States Attorney's Office
    500 E. Broward Boulevard
    Fort lauderdale, Florida 33301
    BY: **KATHLEEN RICE, A.U.S.A.**

FOR THE DEFENDANT:

    Federal Public Defender's Office
    1 E. Broward Boulevard
    Fort Lauderdale, Florida
    BY: **SAMUEL SMARGON, A.F.P.D.**

REPORTED BY:

    JERALD M. MEYERS, RPR-CM
    J.M. Court Reporting, Inc.
    1601 N.W. 109 Terrace
    Pembroke Pines, Florida 33026-2717

STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION