UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# Case No. 00-6284-CR-JAL

# The attached hand-written document
# has been scanned and is also available in the
# SUPPLEMENTAL PAPER FILE

# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.   TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: __DAVID I. ALTMAN__ vs __USA__

District Court No.: __00-6284-CR__   Date Notice of Appeal Filed: __10/4/06__   Court of Appeals No.: _____

CHOOSE ONE:   ☐ No hearing   ☐ No transcript is required for appeal purposes   ☐ All necessary transcript(s) on file
☑ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS

*Check appropriate box(es) and provide all information requested:*

|  | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☑ Pre-Trial Proceedings | 09/29/00 | BARRY S. SELTZER | 00-075 (rn); td  DOCKETS #4, 11 |
| ☐ Trial | | | |
| ☑ Sentence | 04/25/01 | JOAN A. LENARD | RICHARD KAUFMAN (rn)  DOCKET #30 |
| ☐ Other | | | |

### METHOD OF PAYMENT:

tape assigned to Jerry Meyers

☑ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: __David I. Altman__

Name of Firm: _____

Street Address/P.O. Box: __P.O. Box 999__

City/State/Zip Code: __Butner, NC 27509-0999__    Phone No.: _____

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: __10/12/06__   SIGNED: _____   Attorney for: __PRO SE__

## PART II.   COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: __10-18-06__

☑ Satisfactory arrangements for paying the cost of the transcript were completed on: __11-1-06__
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: __ONE__   Estimated no. of transcript pages: __25__   Estimated filing date: __12-1-06__

DATE: __11-2-06__   SIGNED: _____   Phone No.: __954-___-_750__

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): __12-2-06__

Actual No. of Volumes and Hearing Dates: __1 VOLUME   14 PAGES__

Date: __11-30-06__   Signature of Court Reporter: _____

U.S. GOVERNMENT PRINTING OFFICE: 2005-735-932/39003