United States District Court
301 N. Miami Ave.
Miami, FL 33128

December 3, 2006

RE: <u>David I. Altman v. United States</u>, No. 06-15376-E / 00-6284CRJAL



Dear Clerk of the Court:

I have heard nothing from the District Court concerning the outcome of the 59(e) Motion For Reconsideration. It was received October 3, 2006. That is sixty days ago. The District Court needs to answer that Motion before I can proceed with the Appeal.

There should be no reason to delay the response on this matter. Neither the Government nor the Court has answered this Motion. Now is the time to do so. If there is any information which the Court needs to properly answer the Motion, please notify me in writing at the address below. Thank you in advance for your assistance in this matter. I look forward to your prompt response.

Sincerely,

David I. Altman, PRO SE
Reg. No. 55477-004   Durham-B
Low Security Correctional Institution
P.O. Box 999
Butner, NC 25709-0999

Name: David Alfman 55477-004
Number:
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509-6999

RESEARCH TRIANGLE REGION NC 276 4 T
04 DEC 2006 PM

United States District Court
301 N. Miami Ave.
Miami, FL 33128