```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
```

FILED by ___ D.C.
CT. REP.
FEB 0 8 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Docket No. |
| ) | 00-6284-CR-JAL |
| Plaintiff, ) | |
| ) | Miami, Florida |
| ) | APRIL 20, 2001 |
| v. ) | |
| ) | |
| DAVID I. ALTMAN, ) | |
| ) | |
| Defendant. ) | |

----------------------------------------x

**TRANSCRIPT OF SENTENCING**
**BEFORE THE HONORABLE JOAN A. LENARD**

APPEARANCES:

FOR THE GOVERNMENT:

    **KATHLEEN RICE, A.U.S.A.**
    500 East Broward Blvd., 7th Floor
    Ft. Lauderdale, FL 33301 954/356-7255

FOR THE DEFENDANT:

    **ROBERT BERUBE, A.F.P.D.**
    *Federal Public Defender's Office*
    150 West Flagler Street
    Miami, FL 33130    305/536-6900
        (Fax) 305/530-7120

Court Reporter:    **RICHARD A. KAUFMAN, C.M.R.R.**