# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section
Date: 3/2/2007

APPEALS
MAR
CLARENCE MADDOX
CLERK U.S. D.C.

Clerk, United States Court of Appeals
Eleven Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**ORIGINAL FILE**

IN RE: District Court No: 00-06284-CR   JAL

U.S.C.A No: 06-15376-E

Style: DAVID I. ALTMAN V. USA

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

____ Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check ____.

**X** ORIGINAL FILE   ☑ YES   ☐ NO

Date(s) of other notices: _____

___1___ volume(s) of pleadings   ___1___ volume(s) of transcripts

EXPANSION: 0

____ There was no hearing from which a transcript could be made.

____ Copy of CJA form appointing counsel.

____ The following materials were SEALED in this court (order enclosed):

____ The appellate docket fee has been paid   ☐ YES   ☐ NO

Date Paid _____

____ Appellant has been granted leave to appeal in Forma Pauperis (copy of granting IFP is enclosed)

**X** The Judge or Magistrate appealed from is: Joan A. Lenard

**X** The court reporter(s) is/are: LISA EDWARDS

____ This is an appeal of a bankruptcy order.

Bankruptcy Judge: _____

____ This is a DEATH PENALTY appeal.

Sincerely,
Clarence Maddox, Clerk of Court
By: _Atreeu L. Christian_
Deputy Clerk

c: court file

☑ 301 N. Miami Avenue
Miami, Fl 33128-7788
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408