# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 13, 2007

MEMORANDUM TO COUNSEL OR PARTIES

FILED by _____ D.C.
RECORDS
APR 17 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

REC'D by _____ D.C.
APPEAL
APR 23 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Appeal Number:** 06-15376-E
Case Style: David I. Altman v. USA
District Court Number: 00-06284 CR-JAL ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED. (1 Vol of pldgs) (1 Vol of trans)

NOTE TO CLERK: 2 Volumes Original Papers is attached to Order.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

MOT-2 (03-2006)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

───────────────

No. 06-15376-E

───────────────

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 1 3 2007
THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellee,

versus

DAVID I. ALTMAN,

                                                        Defendant-Appellant.

───────────────

Appeal from the United States District Court for the
Southern District of Florida

───────────────

ORDER:

Appellant seeks a certificate of appealability to appeal the denial of his Fed.R.Civ.P. 60(b) motion seeking relief from his criminal judgment. Because appellant does not seek relief from a judgment in a 28 U.S.C. § 2255 proceeding, appellant's motion for a certificate of appealability is DENIED AS UNNECESSARY.

                                                        /s/ Frank M. Hull
                                              UNITED STATES CIRCUIT JUDGE