# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 13, 2007

MEMORANDUM TO COUNSEL OR PARTIES

FILED by _____ D.C.
RECORDS
APR 1 7 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

REC'D by _____ D.C.
APPEAL
APR 2 3 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Appeal Number: 06-15376-E**
Case Style: David I. Altman v. USA
District Court Number:  00-06284  CR-JAL ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED. ( 1 VOL of P(CB ) )VOL of trans)

NOTE TO CLERK:  2 Volumes Original Papers is attached to Order.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

MOT-2 (03-2006)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————

No. 06-15376-E

———————————

```
┌─────────────────────────────┐
│           FILED             │
│   U.S. COURT OF APPEALS     │
│      ELEVENTH CIRCUIT       │
│  ┌───────────────────────┐  │
│  │     APR 1 3 2007      │  │
│  └───────────────────────┘  │
│       THOMAS K. KAHN        │
│            CLERK            │
└─────────────────────────────┘
```

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

    versus

DAVID I. ALTMAN,

                                        Defendant-Appellant.

———————————

Appeal from the United States District Court for the
Southern District of Florida

———————————

ORDER:

    Appellant seeks a certificate of appealability to appeal the denial of his Fed.R.Civ.P. 60(b)

motion seeking relief from his criminal judgment.  Because appellant does not seek relief from a

judgment in a 28 U.S.C. § 2255 proceeding, appellant's motion for a certificate of appealability is

DENIED AS UNNECESSARY.



            /s/ Frank M. Hull
         UNITED STATES CIRCUIT JUDGE