# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 16, 2007

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

**Appeal Number: 06-15376-EE**
Case Style: David I. Altman v. USA
District Court Number: 00-06284 CR-JAL



The referenced appeal was dismissed June 4, 2007.

Enclosed herewith is a certified copy of this court's order reinstating this appeal.

Appellee's brief is due 30 days from this date.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Brenda Wiegmann (404) 335-6174

Encl.

REINST-1 (03-2004)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 06-15376-EE



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 1 6 2007

THOMAS K. KAHN
CLERK

DAVID I. ALTMAN,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

-------------------------

On Appeal from the United States District Court for the
Southern District of Florida

-------------------------

BEFORE: TJOFLAT and BARKETT, Circuit Judges.

By The Court:

Appellant's motion to reinstate this appeal is GRANTED.