# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date: 9/5/2007

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:   District Court No: 00-06284-CR - JAL

U.S.C.A. No: 06-15376-E

Style: DAVID I. ALTMAN V. USA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 1 Volume(s) of pleadings
- 2 Volume(s) of Transcripts
- X Exhibits:  0 boxes;  0 folders;
- 0 envelopes;  1 PSIs (sealed)
- [ ] other: _____
- [ ] other: _____
- [ ] Other: _____

Sincerely,
Clarence Maddox, Clerk of Court

By: _____ Deputy Clerk
Date:

*Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By: _____ Deputy Clerk
Date: 9/5/07*

Attachment
c: court file

S/F A-15
Rev. 10/94

[ ] 301 N. Miami Avenue
Miami, Fl 33128-7788
305-523-5080

[ ] 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

[ ] 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

APPEAL, CLOSED

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
### CRIMINAL DOCKET FOR CASE #: 0:00-cr-06284-JAL-ALL
### Internal Use Only

Case title: USA v. Altman                                      Date Filed: 09/29/2000

Assigned to: Judge Joan A. Lenard

### Defendant

**David I. Altman** (1)
*TERMINATED: 04/25/2001*

represented by **Robert Norman Berube**
Federal Public Defender's Office
1 E Broward Boulevard
Suite 1100
Fort Lauderdale, FL 33301
954-356-7436
Fax: 356-7556
*TERMINATED: 04/25/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender Appointment

### Pending Counts

18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO
(1)

### Disposition

Imprisonment 87 months, Supervised Release 3 years, Assessment $100.00

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO
(2-5)

### Disposition

Dismissed

### Highest Offense Level (Terminated)

Felony

[Certified copy stamp: Certified to be a true and correct copy of the document on file. Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida. Deputy Clerk. 9/5/07]

**Complaints**

None

**Disposition**

---

**Plaintiff**

USA                                represented by    **Kathleen Rice**
                                                     United States Attorney's Office
                                                     500 E Broward Boulevard
                                                     7th Floor
                                                     Fort Lauderdale, FL 33301-3002
                                                     954-356-7255X3512
                                                     Fax: 356-7336
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Pro Bono*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2000 | 1 | INDICTMENT as to David I. Altman (1) count(s) 1-5 (Criminal Category 1) (mh, Deputy Clerk) Modified on 09/29/2000 (Entered: 09/29/2000) |
| 09/28/2000 |  | Magistrate identification: Magistrate Judge Ted Turnoff (mh, Deputy Clerk) (Entered: 09/29/2000) |
| 09/28/2000 | 2 | ARREST WARRANT issued as to David I. Altman. Warrant issued by Judge Joan A. Lenard Bail fixed at $25,000 CSB (mh, Deputy Clerk) (Entered: 09/29/2000) |
| 09/28/2000 |  | **JS2 Opening Card for David I. Altman (dr, Deputy Clerk) (Entered: 02/28/2001) |
| 09/29/2000 | 3 | ORDER on Initial Appearance as to David I. Altman Bond set to $150,000 PSB/$25,000 10% Cash for David I. Altman., for Appointment of Public Defender , , ( Signed by Magistrate Barry S. Seltzer on 9/29/00) Tape # 00-075 CCAP (Former Deputy Clerk) (Entered: 10/02/2000) |
| 09/29/2000 | 4 | Minutes of initial appearance held on 9/29/00 before Magistrate Barry S. Seltzer as to David I. Altman ; Court Reporter Name or Tape #: 00-075 (Former Deputy Clerk) (Entered: 10/03/2000) |
| 09/29/2000 |  | Initial appearance as to David I. Altman held (Defendant informed of rights.) (Former Deputy Clerk) (Entered: 10/03/2000) |
| 09/29/2000 | 5 | ARRAIGNMENT INFORMATION SHEET for David I. Altman (1) count(s) 1-5 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (Former Deputy Clerk) (Entered: 10/03/2000) |
| 09/29/2000 | 6 | PERSONAL SURETY BOND entered by David I. Altman in Amount $25,000 10% cash Receipt # 520582 Approved by Magistrate Barry S. |

*Handwritten annotation: "Begin Vol. 1"*

| | | | |
|---|---|---|---|
| | | | Seltzer . Additional conditions: same conditions as Personal Bond (Former Deputy Clerk) (Entered: 10/03/2000) |
| 09/29/2000 | | 7 | PERSONAL SURETY BOND entered by David I. Altman in Amount $150,000 Approved by Magistrate Barry S. Seltzer . Surrender passports/travel documents; Report to PTS as follows: as directed Random urine testing; Full-time employment; Avoid victims/witnesses; No firearms/weapons; travel restricted to SDFL, reside at current address, no illegal drugs or excessive alcohol, no computer in home, no internet, no contact with minors except own child (Former Deputy Clerk) (Entered: 10/03/2000) |
| 09/29/2000 | | 11 | Minutes of status conference held on 9/29/00 before Magistrate Barry S. Seltzer as to David I. Altman ; (Former Deputy Clerk) (Entered: 10/16/2000) |
| 09/29/2000 | | 12 | STANDING DISCOVERY ORDER as to David I. Altman all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Barry S. Seltzer on 9/29/00) CCAP (Former Deputy Clerk) (Entered: 10/16/2000) |
| 09/29/2000 | | | ARREST of David I. Altman (Former Deputy Clerk) (Entered: 10/18/2000) |
| 09/29/2000 | | 13 | ORDER re: partial indigency for appointment of counsel and distribution of available funds, set status conference for 11:00 12/27/00 as to David I. Altman ( Signed by Magistrate Barry S. Seltzer on 9/29/00) CCAP [EOD Date: 2/9/01] CCAP (Former Deputy Clerk) (Entered: 02/09/2001) |
| 10/04/2000 | | 8 | NOTICE of Assignment of Assistant Public Defender for David I. Altman . Terminated attorney Public Defender for David I. Altman AFPD Robert Norman Berube assigned. (Former Deputy Clerk) (Entered: 10/04/2000) |
| 10/04/2000 | | 9 | DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by David I. Altman (Former Deputy Clerk) (Entered: 10/04/2000) |
| 10/11/2000 | | 10 | RESPONSE to Standing Discovery Order by USA as to David I. Altman (Former Deputy Clerk) (Entered: 10/12/2000) |
| 10/17/2000 | | 14 | ARREST WARRANT Returned Executed as to David I. Altman on 9/29/00 (Former Deputy Clerk) (Entered: 10/18/2000) |
| 10/17/2000 | | 15 | ORDER as to David I. Altman set Jury trial for 11/27/00 for David I. Altman before Judge Joan A. Lenard , set calendar call for 3:00 11/17/00 for David I. Altman before Judge Joan A. Lenard ( Signed by Judge Joan A. Lenard on 10/17/00) CCAP [EOD Date: 10/18/00] CCAP (Former Deputy Clerk) (Entered: 10/18/2000) |
| 11/16/2000 | | 16 | UNOPPOSED MOTION by David I. Altman to continue trial (Former Deputy Clerk) (Entered: 11/17/2000) |
| 11/17/2000 | | 17 | Minutes of calendar call held on 11/17/00 before Judge Joan A. Lenard as |

| | | |
|---|---|---|
| | | to David I. Altman ; Court Reporter Name or Tape #: Richard Kaufman (Former Deputy Clerk) (Entered: 11/21/2000) |
| 11/20/2000 | | **Added Government Attorney PTS Officer, Probation Officer (dr, Deputy Clerk) (Entered: 11/20/2000) |
| 12/27/2000 | 18 | Minutes of partial indigence status held on 12/27/00 before Magistrate Barry S. Seltzer as to David I. Altman ; Court Reporter Name or Tape #: 00-101-1209-1267 (Former Deputy Clerk) (Entered: 12/28/2000) |
| 12/28/2000 | 19 | ORDER as to David I. Altman granting [16-1] motion to continue trial as to David I. Altman (1) set Jury trial for 1/16/01 for David I. Altman before Judge Joan A. Lenard , set calendar call for 2:30 1/11/01 for David I. Altman before Judge Joan A. Lenard , to Continue in Interest of Justice ( Signed by Judge Joan A. Lenard on 12/28/00) CCAP [EOD Date: 12/29/00] CCAP (Former Deputy Clerk) (Entered: 12/29/2000) |
| 01/18/2001 | 20 | Minutes of change of plea held on 1/18/01 before Judge Joan A. Lenard as to David I. Altman ; GUILTY: David I. Altman (1) count(s) 1 Court Reporter Name or Tape #: Richard Kaufman (Former Deputy Clerk) (Entered: 01/22/2001) |
| 01/18/2001 | | Change of Plea Hearing as to David I. Altman held (Former Deputy Clerk) (Entered: 01/22/2001) |
| 01/18/2001 | 21 | Plea Agreement as to David I. Altman guilty to Count 1 (Former Deputy Clerk) (Entered: 01/22/2001) |
| 01/18/2001 | 22 | NOTICE of Hearing as to David I. Altman : setting Sentencing for 3:00 3/29/01 for David I. Altman before Judge Joan A. Lenard (Former Deputy Clerk) (Entered: 01/22/2001) |
| 01/22/2001 | 23 | Minutes of status re partial indigence held on 1/22/01 before Magistrate Barry S. Seltzer as to David I. Altman ; Court Reporter Name or Tape #: 01-002 (Former Deputy Clerk) (Entered: 01/23/2001) |
| 01/22/2001 | | Status conference as to David I. Altman held (Former Deputy Clerk) (Entered: 01/23/2001) |
| 03/07/2001 | 24 | MOTION by David I. Altman to extend time to conduct sentencing (Former Deputy Clerk) (Entered: 03/08/2001) |
| 03/07/2001 | 25 | OBJECTION by David I. Altman to Presentence Investigation Report (Former Deputy Clerk) (Entered: 03/08/2001) |
| 03/20/2001 | 26 | ORDER as to David I. Altman granting [24-1] motion to extend time to conduct sentencing as to David I. Altman (1) setting Sentencing for 2:30 4/20/01 for David I. Altman before Judge Joan A. Lenard (Signed by Judge Joan A. Lenard on 3/20/01) CCAP [EOD Date: 3/22/01] CCAP (Former Deputy Clerk) (Entered: 03/22/2001) |
| 03/30/2001 | 27 | UNOPPOSED MOTION by David I. Altman to withdraw [24-1] motion to extend time to conduct sentencing by David I. Altman (Former Deputy Clerk) (Entered: 04/02/2001) |

| | | |
|---|---|---|
| 04/12/2001 | 29 | ORDER as to David I. Altman granting [28-1] motion to Travel to Walt Disney World in Orlando, Florida; Defendant must provide travel arrangements to Pre-Trial Services (Signed by Judge Joan A. Lenard on 4/12/01) CCAP [EOD Date: 4/17/01] CCAP (Former Deputy Clerk) (Entered: 04/17/2001) |
| 04/13/2001 | 28 | UNOPPOSED MOTION by David I. Altman to Travel to Walt Disney World in Orlando, Florida (Former Deputy Clerk) (Entered: 04/16/2001) |
| 04/20/2001 | | Sentencing held David I. Altman (1) count(s) 1 (Former Deputy Clerk) (Entered: 04/26/2001) |
| 04/25/2001 | 30 | Minutes of sentencing held on 4/20/01 before Judge Joan A. Lenard as to David I. Altman; Court Reporter Name or Tape #: Richard Kaufman (Former Deputy Clerk) (Entered: 04/26/2001) |
| 04/25/2001 | 31 | JUDGMENT as to David I. Altman (1) count(s) 1 Imprisonment 87 months, Supervised Release 3 years, Assessment $100.00, David I. Altman (1) count(s) 2-5 Dismissed (Signed by Judge Joan A. Lenard on 4/25/01) CCAP [EOD Date: 4/26/01] CCAP (Former Deputy Clerk) (Entered: 04/26/2001) |
| 04/25/2001 | | **Case closed as to all defendants: David I. Altman (Former Deputy Clerk) (Entered: 04/26/2001) |
| 06/27/2001 | 32 | Judgment Returned Executed as to David I. Altman on 6/19/01 at LSCI Butner, NC (Former Deputy Clerk) (Entered: 06/28/2001) |
| 07/23/2001 | 33 | MOTION by David I. Altman for disbursement of bond (Former Deputy Clerk) (Entered: 07/24/2001) |
| 07/23/2001 | 33 | ORDER as to David I. Altman granting [33-1] motion for disbursement of bond as to David I. Altman (1) ( Signed by Judge Joan A. Lenard on 7/23/01) [EOD Date: 7/24/01] CCAP (Former Deputy Clerk) (Entered: 07/24/2001) |
| 04/30/2002 | 34 | MOTION by David I. Altman to vacate under 28 U.S.C. 2255 (Civil Action # 02-60601-CIV-JAL) (ea, Deputy Clerk) (Entered: 05/01/2002) |
| 08/06/2002 | 35 | NOTICE of Filing certificate of service for answer to the government's response to 2255 arguments by David I. Altman (Former Deputy Clerk) (Entered: 08/07/2002) |
| 05/21/2003 | 36 | ORDER as to David I. Altman denying [34-1] motion to vacate under 28 U.S.C. 2255 (Civil Action # 02-60601-CIV-JAL) as to David I. Altman (1) ( Signed by Judge Joan A. Lenard on 5/21/03) [EOD Date: 5/22/03] CCAP (Former Deputy Clerk) (Entered: 05/22/2003) |
| 05/21/2003 | 37 | MOTION by David I. Altman to vacate under 28 U.S.C. 2255 ( Civil Action # 03-60967-CV-JAL) (Former Deputy Clerk) (Entered: 05/29/2003) |
| 06/16/2003 | 38 | RESPONSE by USA as to David I. Altman re motion for return of property (Former Deputy Clerk) (Entered: 06/17/2003) |

| | | |
|---|---|---|
| 07/14/2003 | 39 | ORDER as to David I. Altman granting [37-1] motion for return of property (Civil Action # 03-60967-CV-JAL) as to David I. Altman (1) (Signed by Judge Joan A. Lenard on 7/14/03) Date: 7/15/03] CCAP (Former Deputy Clerk) (Entered: 07/15/2003) |
| 04/22/2004 | 40 | Letter MOTION by David I. Altman for production of property (ra, Deputy Clerk) (Entered: 04/26/2004) |
| 04/29/2004 | 41 | ORDER OF REFERENCE referring Motion(s) to Magistrate Judge Andrea M. Simonton as to David I. Altman : [40-1] motion for production of property as to David I. Altman (1) (Signed by Judge Joan A. Lenard on 4/28/04) [EOD Date: 4/30/04] CCAP (dg, Deputy Clerk) (Entered: 04/30/2004) |
| 04/30/2004 | 42 | ORDER DIRECTING GOVERNMENT TO RESPOND as to David I. Altman Response to motion [40-1] motion for production of property set for 05/15/04 (Signed by Magistrate Judge Andrea M. Simonton on 04/30/04) [EOD Date: 5/3/04] CCAP (ra, Deputy Clerk) (Entered: 05/03/2004) |
| 07/02/2004 | 43 | ORDER Directing the Government to comply with Distrct Court's Order dated 07/14/03 as to David I. Altman (Signed by Magistrate Judge Andrea M. Simonton on 07/02/04) [EOD Date: 7/6/04] CCAP (ra, Deputy Clerk) (Entered: 07/06/2004) |
| 07/13/2004 | 44 | RESPONSE by USA as to David I. Altman to Court's [43-1] order to comply with Distrct Court's Order dated 07/14/03 (ra, Deputy Clerk) (Entered: 07/14/2004) |
| 08/10/2004 | 45 | TRAVERSE by David I. Altman to [44-1] response (ra, Deputy Clerk) (Entered: 08/11/2004) |
| 09/15/2004 | 46 | MOTION by David I. Altman to vacate under 28 U.S.C. 2255 (Civil Action # 04-61198-CV-JAL) (dg, Deputy Clerk) (Entered: 09/16/2004) |
| 09/15/2004 | | NOTE: All further docketing is to be done in the civil case. (Civil Case no.: 04-61198-CV-JAL) Criminal cases filed 1996 and prior will be scanned at a later date (dg, Deputy Clerk) (Entered: 09/16/2004) |
| 10/19/2004 | 47 | ORDER as to David I. Altman denying [46-1] motion to vacate under 28 U.S.C. 2255 (Civil Action # 04-61198-CV-JAL) as to David I. Altman (1) (Signed by Judge Joan A. Lenard on 10/19/04) [EOD Date: 10/20/04] CCAP (ra, Deputy Clerk) (Entered: 10/20/2004) |
| 11/02/2004 | 48 | ORDER as to David I. Altman mooting [40-1] motion for production of property as to David I. Altman (1) (Signed by Magistrate Judge Andrea M. Simonton on 11/02/04) [EOD Date: 11/3/04] CCAP (ra, Deputy Clerk) (Entered: 11/03/2004) |
| 08/01/2005 | 49 | MOTION by David I. Altman to enforce Court Order (ra, Deputy Clerk) (Entered: 08/02/2005) |
| 08/02/2005 | 50 | ORDER OF REFERENCE referring Motion(s) to Magistrate Judge Andrea M. Simonton as to David I. Altman: [49-1] motion to enforce |

| | | |
|---|---|---|
| | | Court Order as to David I. Altman (1) (Signed by Judge Joan A. Lenard on 08/02/05) [EOD Date: 8/3/05] CCAP (ra, Deputy Clerk) (Entered: 08/03/2005) |
| 08/03/2005 | 51 | ORDER as to David I. Altman denying [49-1] motion to enforce Court Order as to David I. Altman (1) ( Signed by Magistrate Judge Andrea M. Simonton on 08/03/05) [EOD Date: 8/4/05] CCAP (ra, Deputy Clerk) (Entered: 08/04/2005) |
| 08/04/2005 | 52 | CERTIFICATION REGARDING REFERRED CASE/ORDER OF MAGISTRATE REASSIGNMENT as to David I. Altman (Signed by Magistrate Judge Andrea M. Simonton on 08/03/05) (Signed by Judge Joan A. Lenard on 08/04/05) [EOD Date: 8/5/05] CCAP (ra, Deputy Clerk) (Entered: 08/05/2005) |
| 08/04/2005 | | Magistrate identification: Magistrate Judge Theodore Klein (ra, Deputy Clerk) (Entered: 08/05/2005) |
| 09/06/2005 | 53 | Letter from defendant to Attorney Neil Karadbil by David I. Altman (ra, Deputy Clerk) (Entered: 09/09/2005) |
| 08/31/2006 | 54 | NOTICE That Action Involves Challenge To Consitutionality Of Statute Pursuant To 28 USC 2403 And Fed. Rules Of Civ. Proc. Rule 24(c) by David I. Altman as to David I. Altman (mh, Deputy Clerk) (Entered: 09/01/2006) |
| 08/31/2006 | 55 | MOTION by David I. Altman for relief pursuant to Fed. Rules of Civ. Proc., Rule 60(b)(4) (mh, Deputy Clerk) (Entered: 09/01/2006) |
| 09/06/2006 | 56 | ORDER as to David I. Altman denying [55-1] motion for relief pursuant to Fed. Rules of Civ. Proc., Rule 60(b)(4) as to David I. Altman (1) ( Signed by Judge Joan A. Lenard on 9/6/06) [EOD Date: 9/7/06] CCAP (mh, Deputy Clerk) (Entered: 09/07/2006) |
| 10/03/2006 | 57 | NOTICE OF APPEAL by David I. Altman re: [56-1] order EOD Date: 9/7/06; David I. Altman (1) count(s) 1; Filing Fee: $ (FEE NOT PAID) Copies to USCA, AUSA, USM, USPO and Counsel of Record. (nc, Deputy Clerk) (Entered: 10/04/2006) |
| 10/03/2006 | 58 | MOTION for Certificate of Appealability by David I. Altman. (per the 11th Circuit) (nc) (Entered: 10/13/2006) |
| 10/03/2006 | 59 | MOTION for Reconsideration re 55 Motion for Miscellaneous Relief filed by David I. Altman. (per the 11th Circuit) . (nc) (Entered: 10/13/2006) |
| 10/04/2006 | | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to David I. Altman [57-1] appeal (nc, Deputy Clerk) (Entered: 10/04/2006) |
| 10/16/2006 | | Notice of Receipt of Transmittal Letter from USCA on 10/10/06 as to David I. Altman re 57 Notice of Appeal - Final Judgment in re: USCA# 06-15376-E (nc) (Entered: 10/16/2006) |

| Date | # | Description |
|---|---|---|
| 10/20/2006 | 60 | TRANSCRIPT INFORMATION FORM as to David I. Altman re:56 appeal received on 10/24/06 from Court Reporter Coordinator. (nc) (Entered: 10/25/2006) |
| 10/25/2006 | 61 | ORDER denying 58 Motion for Certificate of Appealability as to David I. Altman (1); denying 59 Motion for Reconsideration as to David I. Altman (1). Signed by Judge Joan A. Lenard on 10/25/06. (lc2) (Entered: 10/25/2006) |
| 11/27/2006 | 62 | USCA Appeal Fees received $ 455.00, receipt number 950269 as to David I. Altman re 57 Notice of Appeal - Final Judgment. (nc) (Entered: 12/04/2006) |
| 12/01/2006 | 63 | TRANSCRIPT filed of Initial Appearance & Bond Hearing as to David I. Altman for dates of 9/29/2000 (pages 1-15) before Judge Barry L. Seltzer, re 57 Notice of Appeal - Final Judgment by Court Reporter, Jerald Meyers. (nc) (Entered: 12/08/2006) |
| 12/01/2006 | 64 | TRANSCRIPT FILED by Court Reporter as to David I. Altman for Initial Appearance & Bond Hearing held on 9/29/06. before Judge Barry S. Seltzer re 57 Notice of Appeal - Final Judgment (nc) (Entered: 12/08/2006) |
| 12/08/2006 | 65 | NOTICE OF INQUIRY by David I. Altman re 61 Order on Motion for Certificate of Appealability, Order on Motion for Reconsideration (Updated docket sheet sent) (nc) (Entered: 12/13/2006) |
| 02/08/2007 | 66 | TRANSCRIPT as to David I. Altman for Sentencing held on 4/20/01 before Judge Joan A. Lenard,(pages 1-19) re 57 Notice of Appeal - Final Judgment Court Reporter: Richard Kaufman. (nc) (Entered: 02/09/2007) |
| 02/08/2007 | 67 | TRANSCRIPT INFORMATION FORM as to David I. Altman re 57 Notice of Appeal -for David I. Altman, Transcript of: Sentencing held 4/20/01 filed by Court Reporter Richard Kaufman. (nc) (Entered: 02/12/2007) |
| 03/02/2007 | 68 | REQUEST from USCA dated 2/13/07 Re: ORIGINAL FILE (Atlanta Office)Consisting of (1)Volume of Pleadings and (1)Volume of Transcript complied with on 3/2/07. USCA Case Number 06-15376-E. (nc) (Entered: 03/02/2007) |
| 03/12/2007 | 69 | ACKNOWLEDGEMENT OF RECEIPT FROM USCA re 57 Notice of Appeal - Final Judgment receipt of: ORIGINAL FILE date received by USCA 3/6/07 USCA number 06-15376-E (nc) (Entered: 03/12/2007) |
| 04/17/2007 | 70 | ORDER from the 11th Circuit pursuant to appellant's motion for a certificate of appealability is DENIED AS UNNECESSARY as to David I. Altman re 57 Notice of Appeal - Final Judgment filed by David I. Altman, USCA# 06-15376-E (See Order for more details) (nc) (Entered: 04/25/2007) |
| 04/17/2007 | 71 | Appeal Record Returned as to David I. Altman:(Miami/Records) ORIGINAL FILE consisting of (1)Volume of Pleadings and (1)Volume of Transcript 57 Notice of Appeal - Final Judgment (nc) (Entered: |

| | | |
|---|---|---|
| | | 04/25/2007) |
| 06/08/2007 | 72 | ORDER of DISMISSAL from USCA (certified copy) for want of prosecution because the appellant has failed to file the appellant's brief within the time fixed by the rules as to David I. Altman re 57 Notice of Appeal - Final Judgment (APPEAL REINSTATED by USCA on 8/16/07) USCA# 06-15376-EE; Copy to Judge. (nc) Modified on 8/23/2007 Pursuant to the 11th Circuit Order Reinstating the Appeal(nc). (Entered: 06/12/2007) |
| 08/21/2007 | 73 | Appeal Reinstated pursuant to appellant's motion to reinstate this appeal is GRANTED as to David I. Altman USCA Case number: 06-15376-EE for 57 Notice of Appeal - Final Judgment filed by David I. Altman,. (nc) (Entered: 08/23/2007) |
| 08/23/2007 | 74 | Notice of Docket Correction re 72 USCA Order, sent to David I. Altman : Clerk reinstated appeal pursuant to Order de# 73 from the 11th Circuit (nc) (Entered: 08/23/2007) |

*Vol. 1 Cont'd*

*End Vol. 1*

# U.S.D.C. CASE # <u>00-06284-CR</u>

# U.S.C.A. CASE # <u>06-15376-E</u>

**This Record on Appeal also contains a sealed Pre-Sentence Report/PSI for the following defendant(s):**

<u>**DAVID I. ALTMAN**</u>