FILED by _____ D.C.
APPEALS
SEP 17 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

Appeals Section

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Date: 9/5/2007

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S. COURT OF APPEALS
RECEIVED CLERK
SEP 07 2007
ATLANTA, GA

**COR/ROA**

IN RE:   District Court No:  00-06284-CR  - JAL

U.S.C.A. No:  06-15376-E

Style:  DAVID I. ALTMAN V. USA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

    1  Volume(s) of pleadings

    2  Volume(s) of Transcripts

    X  Exhibits:    0 boxes;        0 folders;

                    0 envelopes;    1 PSIs (sealed)

                    ☐ other: _____

                    ☐ other: _____

                    ☐ Other: _____

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
Clarence Maddox, Clerk of Court
By: _____
Date _____
Deputy Clerk

Sincerely,
Clarence Maddox, Clerk of Court
By: _____
Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

☑ 301 N. Miami Avenue
Miami, Fl 33128-7788
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408