

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI  FL  33128-1813

May 27, 2008

**Appeal Number: 06-15376-EE**
Case Style: David I. Altman v. USA
District Court Number:  00-06284 CR-JAL

TO:   Steven M. Larimore

CC:   David Israel Altman

CC:   Anne R. Schultz

CC:   Evelio J. Yera

CC:   Carol E. Herman

CC:   Administrative File

*(1) W/ Pleadings*
*(2) W/s Transcripts*
*W PSI*